# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Paragon Aquatech, Ltd.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **36-3722712** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **300 E. Industrial Lane, Wheeling, IL 60090** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor (if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ☐ Individual(s)
- ☑ Corporation
- ☐ Partnership
- ☐ Other _____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 13
- ☐ Chapter 9
- ☐ Chapter 12
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ☐ Consumer/Non-Business
- ☑ Business

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors:
- 1-15 ☐
- 16-49 ☐
- 50-99 ☑
- 100-199 ☐
- 200-999 ☐
- 1000-over ☐

Estimated Assets:
- $0 to $50,000 ☐
- $50,001 to $100,000 ☐
- $100,001 to $500,000 ☑
- $500,001 to $1 million ☐
- $1,000,001 to $10 million ☐
- $10,000,001 to $50 million ☐
- $50,000,001 to $100 million ☐
- More than $100 million ☐

Estimated Debts:
- $0 to $50,000 ☐
- $50,001 to $100,000 ☐
- $100,001 to $500,000 ☐
- $500,001 to $1 million ☑
- $1,000,001 to $10 million ☐
- $10,000,001 to $50 million ☐
- $50,000,001 to $100 million ☐
- More than $100 million ☐

**VOLUNTARY PETITION**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Voluntary Petition<br>*(This page must be completed and filed in every case)* Page 2 of 10 | Name of Debtor(s):<br>**Paragon Aquatech, Ltd.** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**Specialty Plumbing Ltd.** | Case Number:<br>**04-41327** | Date Filed:<br>**11/8/04** |
| District:<br>**Northern District Of Illinois, Eastern Division** | Relationship:<br>**Brother/Sister** | Judge:<br>**Pamela Hollis** |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X _/s/ signature_____
Signature of Attorney for Debtor(s)

**David N. Missner 01928988**
Printed Name of Attorney for Debtor(s)
**DLA Piper Rudnick Gray Cary US LLP**
Firm Name
**203 N. LaSalle Street**
Address
**Chicago, IL 60601-1293**

**(312) 368-4000**
Telephone Number
5/27/05
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _/s/ signature_____
Signature of Authorized Individual
**Ronald J. Atlas**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
5/27/05
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☑ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)      Date

**Exhibit C**
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

**VOLUNTARY PETITION**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

United States Bankruptcy Court
Northern District of Illinois, Eastern Division

IN RE:                                                                    Case No. _____

Paragon Aquatech, Ltd.                                                    Chapter **11**
_____
Debtor(s)

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **n/a**_____.

2. The following financial data is the latest available information and refers to debtor's condition on **May 20, 2005**.

   a. Total assets                                                        $ **442,251.00**

   b. Total debts (including debts listed in 2.c., below)                 $ **750,000.00**

                                                                                        Approximate
                                                                                        Number of Holders

   c. Debt securities held by more than 500 holders.

      secured / /  unsecured / /  subordinated / /       $ _____    _____

      secured / /  unsecured / /  subordinated / /       $ _____    _____

      secured / /  unsecured / /  subordinated / /       $ _____    _____

      secured / /  unsecured / /  subordinated / /       $ _____    _____

      secured / /  unsecured / /  subordinated / /       $ _____    _____

   d. Number of shares of preferred stock                                  **0**            **0**

   e. Number of shares of common stock                                 **1,000**            **3**

   Comments, if any:

3. Brief description of debtor's business:

   **Swimming and pool construction.**

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   **Ronald J. Atlas, Patricia Saulka, Charles Haling**

EXHIBIT "A" TO VOLUNTARY PETITION

United States Bankruptcy Court
Northern District of Illinois, Eastern Division

IN RE:

Paragon Aquatech, Ltd.

Debtor(s)

Case No. _____

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Network Piping<br>25 Frost Avenue<br>Warwick, RI 02888 | Bill Finnigan<br>(401) 467-9891 | Trade debt | | 119,546.58 |
| Illinois Mining<br>41 Walter Court<br>Lake In The Hills, IL 60156-9601 | Mary<br>(847) 854-1555 | Trade debt | | 81,888.35 |
| Gould And Ratner<br>Eighth Floor<br>222 North LaSalle Street<br>Chicago, IL 60601 | (312) 236-3003 | Trade debt | | 61,000.00 |
| Bushnell, Inc.<br>2110 Oxford Road<br>Des Plaines, IL 60018 | Tim Bushnell<br>(847) 297-4510 | Trade debt | | 44,354.32 |
| Burris Equipment Co.<br>2216 N. Greenbay Road<br>Waukegan, IL 60087 | (847) 336-1205 | Trade debt | | 40,645.69 |
| Maverick Pools<br>20370 N. Rand Road #208<br>Palatine, IL 60074 | John Traff<br>(847) 726-8564 | Trade debt | | 27,000.00 |
| Palatine Oil Co., Inc.<br>Post Office Box 985<br>Palatine, IL 60078 | (847) 358-3600 | Trade debt | | 23,280.47 |
| Chicago Tank Lining<br>1811 W. South Blvd<br>Evanston, IL 60202-2749 | Marc Brownstein<br>(847) 328-0500 | Trade debt | | 23,000.00 |
| Koala Play Group<br>7881 S. Wheeling Court<br>Englewood, CO 80112-2445 | (888) 214-9698 | Trade debt | | 16,333.00 |
| Warady & Davis<br>Suite 500<br>180 Wilmot Road<br>Deerfield, IL 60015-5145 | Mike Brody<br>(847) 867-9600 | Trade debt | | 14,000.00 |
| Travelers Insurance<br>C/O McMahan & Sigunick, Ltd<br>216 West Jackson Blvd.<br>Chicago, IL 60606 | (312) 641-1174 | Trade debt | | 11,130.00 |
| Encotech Construction Service<br>1911 Pickwick Lane<br>Glenview, IL 60025 | (847) 832-5014 | Trade debt | | 9,840.00 |
| Unistrut Corporation<br>1140 West Thorndale Ave<br>Itasca, IL 60143 | (800) 223-6840 | Trade debt | | 9,086.08 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Phone | Type | Amount |
|---|---|---|---|
| Terrace Supply Company<br>710 N. Addison Road<br>Villa Park, IL 60181-5022 | (630) 530-1000 | Trade debt | 8,415.07 |
| Nextel Communications<br>C/O First Revenue Assurance<br>P.O. Box 5918<br>Denver, CO 80217 | | Accrued property taxes | 7,688.50 |
| Olsen Electric Supply<br>825 University Drive<br>Arlington Heights, IL 60004 | (847) 577-7744 | Trade debt | 6,279.00 |
| Tyco Valves<br>9700 West Gulf Bank Road<br>Houston, TX 77040 | Graham Everett<br>(713) 937-5464 | Accrued property taxes | 5,636.26 |
| Porter Pipe<br>303 S. Rohlwing Road<br>Addison, IL 60101 | Bud Porter<br>(630) 543-6145 | Trade debt | 4,917.68 |
| Aqua Pure Enterprises, Inc.<br>Suite A<br>1312 Marquette Drive<br>Romeoville, CO 60446 | (630) 771-1310 | Trade debt | 4,069.15 |
| Thomas Pump Co., Inc.<br>2301 E. Liberty Street<br>Aurora, IL 60504 | (630) 851-9393 | Trade debt | 3,947.63 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president or other officer or an authorized agent of the corporation][or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **May 20, 2005**    Signature: _____

**Ronald J. Atlas, President**

(Print Name and Title)

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

IN RE:

**Paragon Aquatech, Ltd.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **Charles Haling**<br>300 E. Industrial Lane<br>Wheeling, IL 60090 | 100 | **Common Stockholder** |
| **Patricia Saulka**<br>300 E. Industrial Lane<br>Wheeling, IL 60090 | 100 | **Common Stockholder** |
| **Ronald J. Atlas**<br>300 E. Industrial Lane<br>Wheeling, IL 60090 | 800 | **Common Stockholder** |

United States Bankruptcy Court
Northern District of Illinois, Eastern Division

IN RE:                                                          Case No. _____

Paragon Aquatech, Ltd.                                          Chapter **11**
                        Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors ____**71**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: __5/27/05__          _____[signature]_____
                           Debtor

                           _____
                           Joint Debtor

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

| | | |
|---|---|---|
| PARAGON AQUATECH, LTD.<br>300 E. INDUSTRIAL LANE<br>WHEELING, IL 60090 | AQUA GON, INC.<br>1728 NORTH AURORA ROAD<br>NAPERVILLE, IL 60563 | DAN HORCHERS SERVICE, INC.<br>415 N. MILWAUKEE AVE<br>WHEELING, IL 60090 |
| DLA PIPER RUDNICK GRAY CARY US LLP<br>203 N. LASALLE STREET<br>CHICAGO, IL 60601-1293 | AQUA PURE ENTERPRISES, INC.<br>SUITE A<br>1312 MARQUETTE DRIVE<br>ROMEOVILLE, CO 60446 | DECANIO BUILDERS SUPPLY CO., INC.<br>738 NORTH CALIFORNIA AVE<br>CHICAGO, IL 60612 |
| A & A EQUIPMENT & SUPPLY COMPANY<br>196 W. DEVON AVE<br>BENSENVILLE, IL 60106 | ARLINGTON HEIGHTS FORD<br>801 W. DUNDEE ROAD<br>ARLINGTON HEIGHTS, IL 60004 | DELTA INDUSTRIES, INC.<br>2201 CURTISS STREET<br>DOWNERS GROVE, IL 60515-4010 |
| AAA LOCK & KEY<br>1730 WAUKEGAN ROAD<br>GLENVIEW, IL 60025 | BERNS CORP.<br>4270 LEE AVE<br>GURNEE, IL 60031 | DIAMOND SPEED PRODUCTS, INC.<br>1631 S. MICHIGAN AVE #201<br>CHICAGO, IL 60616 |
| AAH-HA WEIDNERS'<br>25 E. NORTH STREET<br>GRAYSLAKE, IL 60030 | BURRIS EQUIPMENT CO.<br>2216 N. GREENBAY ROAD<br>WAUKEGAN, IL 60087 | DRUMMOND AMERICAN CORPORATION<br>135 S. LASALLE STREET, DEPT. 2721<br>CHICAGO, IL 60674 |
| ALEXANDER EQUIPMENT RENTAL, INC.<br>1511 COMMERCE DRIVE<br>BOURBONNAIS, IL 60914 | BUSHNELL, INC.<br>2110 OXFORD ROAD<br>DES PLAINES, IL 60018 | EARL MICH COMPANY<br>720 N. CREEL DRIVE<br>WOODDALE, IL 60191 |
| AMERICAN FIRST AID SERVICES, INC.<br>2354 HASSELL ROAD SUITE C<br>HOFFMAN ESTATES, IL 60195 | CHARLES HALING<br>300 E. INDUSTRIAL LANE<br>WHEELING, IL 60090 | ENCOTECH CONSTRUCTION SERVICE<br>1911 PICKWICK LANE<br>GLENVIEW, IL 60025 |
| AMERICAN LEAK DETECTION<br>P.O. BOX 466<br>HARLAND, WI 53029-0466 | CHICAGO TANK LINING<br>1811 W. SOUTH BLVD<br>EVANSTON, IL 60202-2749 | FASTENAL COMPANY<br>P.O. BOX 978<br>WINONA, MN 55987-0978 |
| AMERICAN OLEAN<br>805 MARK STREET<br>ELK GROVE VILLAGE, IL 60007-6705 | CIONI EXCAVATING, INC.<br>70 NOLL STREET<br>WAUKEGAN, IL 60085 | GOULD AND RATNER<br>EIGHTH FLOOR<br>222 NORTH LASALLE STREET<br>CHICAGO, IL 60601 |
| ANCO STEEL COMPANY, INC.<br>P.O. BOX 652<br>PLAINFIELD, IL 60544 | CRANE<br>101 SKINNER INDUSTRIAL DRIVE<br>ST. CHARLES, MO 63301 | GRATE IDEAS, INC.<br>SUITE 2701<br>27 BERNARD DRIVE<br>SOUTH BURLINGTON, VT 05403 |

| | | |
|---|---|---|
| H.O. TRERICE CO.<br>12950 W. EIGHT MILE ROAD<br>OAK PARK, MI 48237-3288 | MARK GRYSKA<br>NIGRO & WESTFALL PC<br>1793 BLOOMINGDALE ROAD<br>GLENDALE HEIGHTS, IL 60139 | NORTHERN SAFETY CO., INC.<br>232 INDUSTRIAL PARK DRIVE<br>FRANKFORT, NY 13340 |
| HUGO'S EQUIPMENT REPAIR, INC.<br>415 W. KAY AVE<br>ADDISON, IL 60101 | MASTERMAN'S, LLP<br>11 C ST. BUILDING 10<br>AUBURN, MA 01501-0411 | OKEH ELECTRIC SUPPLY<br>825 UNIVERSITY DRIVE<br>ARLINGTON HEIGHTS, IL 60004 |
| ILLINOIS MINING<br>41 WALTER COURT<br>LAKE IN THE HILLS, IL 60156-9601 | MAVERICK POOLS<br>20370 N. RAND ROAD #208<br>PALATINE, IL 60074 | PAC-VAN, INC.<br>P.O. BOX 6069<br>INDIANAPOLIS, IN 46206-6069 |
| INDELCO<br>6530 CAMBRIDGE STREET<br>MINNEAPOLIS, MN 55426-4484 | MCCANN<br>543 SOUTH ROHLWING ROAD<br>ADDISON, IL 60101-4284 | PALATINE OIL CO., INC.<br>POST OFFICE BOX 985<br>PALATINE, IL 60078 |
| JOSEPH D. FOREMAN AND COMPANY<br>28102 WEST INDUSTRIAL AVE.<br>LAKE BARRINGTON, IL 60010-2376 | METALTEK<br>2595 BOND STREET<br>UNIVERSITY PARK, IL 60466 | PATRICIA SAULKA<br>300 E. INDUSTRIAL LANE<br>WHEELING, IL 60090 |
| KAREN ENGLEHARDT<br>ALLISON SLUTSKY & KENNEDY PC<br>230 W. MONROE ST., STE 2600<br>CHICAGO, IL 60606 | MILWAUKEE ELECTRICAL TOOL<br>13135 WEST LISBON ROAD<br>BROOKFIELD, WI 53005 | PEORIA PUMP, INC.<br>P.O. BOX 1487<br>1308 NE ADAMS STREET<br>PEORIA, IL 61655-1487 |
| KD FASTERNS, INC.<br>1440 JEFFREY DRIVE<br>ADDISON, IL 60101 | NATIONAL INSTRUMENT SUPPLY CO.<br>SUITE 25<br>624 GRASSMERE PARK DRIVE<br>NASHVILLE, TN 37211 | PERMA-CAST<br>1871 ASPEN CIRCLE<br>PUEBLO, CO 81002 |
| KOALA PLAY GROUP<br>7881 S. WHEELING COURT<br>ENGLEWOOD, CO 80112-2445 | NETWORK PIPING<br>25 FROST AVENUE<br>WARWICK, RI 02888 | PORTER PIPE<br>303 S. ROHLWING ROAD<br>ADDISON, IL 60101 |
| LEGEND ELECTRICAL SALES<br>553 W. CARBOY ROAD<br>MT. PROSPECT, IL 60056 | NEXTEL COMMUNICATIONS<br>C/O FIRST REVENUE ASSURANCE<br>P.O. BOX 5818<br>DENVER, CO 80217 | PRO-SAFETY, INC.<br>2220 LANDMEIER<br>ELK GROVE VILLAGE, IL 60067 |
| MANNHEIM RENTAL EQUIPMENT<br>3231 N. MANNHEIM ROAD<br>FRANKLIN PARK, IL 60131 | NORTHERN GRAVEL COMPANY<br>2509 PETTIBONE AVE<br>MUSCATINE, IA 52761 | RICHARD KESSLER<br>HARRIS KESSLER & GOLDSTEIN LLC<br>640 N. LASALLE STREET, SUITE 590<br>CHICAGO, IL 60610 |

ROBERT BOSCH TOOL CORPORATION
901 SOUTH ROHLWING ROAD UNIT C
ADDISON, IL 60101

TYCO VALVES
9700 WEST GULF BANK ROAD
HOUSTON, TX 77040

RONALD J. ATLAS
300 E. INDUSTRIAL LANE
WHEELING, IL 60090

UNISTRUT CORPORATION
1140 WEST THORNDALE AVE
ITASCA, IL 60143

ROSE SUPPLY COMPANY, INC.
69 STEVENS DRIVE
SCHAUMBURG, IL 60173

WARADY & DAVIS
SUITE 500
180 WILMOT ROAD
DEERFIELD, IL 60015-5145

RYAN HERCO PRODUCTS CORP.
P.O. BOX 10369
BURBANK, CA 91510-0369

SETH ROSENBERG
SCHWARTZ COOPER GREENBERGER &
KRAUSS
180 N. LASALLE STREET, SUITE 2700
CHICAGO, IL 60601

SPECIALTY PLUMBING, LTD
300 EAST INDUSTRIAL LANE
WHEELING, IL 60090

STEVEN A. STEIN
C/O STEVEN A. STEIN, STEIN & CHERNEY
747 W. DUNDEE
WHEELING, IL 60090

TERRACE SUPPLY COMPANY
710 N. ADDISON ROAD
VILLA PARK, IL 60181-5022

THOMAS PUMP CO., INC.
2301 E. LIBERTY STREET
AURORA, IL 60504

TRAVELERS INSURANCE
C/O MCMAHAN & SIGUNICK, LTD
216 WEST JACKSON BLVD.
CHICAGO, IL 60606