UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. 05 B 21359 |
| Paragon Aquatech, Ltd. | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor. | ) | |

ORDER ALLOWING INTERIM COMPENSATION
PURSUANT TO THE FIRST INTERIM FEE APPLICATION
OF DLA PIPER RUDNICK GRAY CARY US LLP,
AS COUNSEL FOR DEBTOR, AND GRANTING OTHER RELIEF

This cause coming to be heard on the First Interim Fee Application of DLA Piper Rudnick Gray Cary US LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor for the Period from May 27, 2005 through and including November 30, 2005 (the "Application");[1] the Court having approved limited notice of the Application and having found that due and proper notice of the Application has been given; the Court having found that it has jurisdiction over this core proceeding; and the Court having been fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. DLA Piper Rudnick Gray Cary US LLP ("DLA Piper"), having requested interim compensation in the amount of $23,232.00, is allowed interim compensation as counsel to the Debtor in the amount of $23,057.00 for legal services performed for the Debtor from May 27, 2005 through November 30, 2005.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

-CHGO1:30732768.v1

3.  DLA Piper, having requested reimbursement of expenses in the amount of $945.20, is allowed $ 945.20 for reimbursement of expenses incurred from May 27, 2005 through November 30, 2005.

4.  DLA Piper is authorized to apply the Retainer against the fees and expenses awarded to it pursuant to this Order.

5.  The Debtor is authorized and directed to pay DLA Piper $ 12,556.53 which constitutes the fees and expenses awarded pursuant to this Order, minus the Retainer.

6.  The Application and the entry of this Order are core proceedings within the meaning of 28 U.S.C. § 157(b).

7.  This Order is a final Order and is effective immediately.

Dated: Chicago, Illinois
        January ___, 2006

**ENTERED**

HON. PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY JUDGE    JAN 1 2 2006

**ORDER PREPARED BY:**
David N. Missner (ARDC #01928988)
Brian A. Audette (ARDC #06277056)
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street, Suite 1900
Chicago, IL 60601-1293
(312) 368-4000

~CHGO1:30732768.v1