IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| **Paragon Aquatech, Ltd.,** | ) | Case No. 05 B 21359 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| Debtor. | ) | United States Bankruptcy Judge |
| | ) | |
| | ) | Hearing Date: September 12, 2006 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Written Objections Due: September 8, 2006 |
| | ) | |

NOTICE OF MOTION
ON FIRST AND FINAL APPLICATION OF GOULD & RATNER FOR ALLOWANCE
OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD NOVEMBER 15, 2005 THROUGH MAY 31, 2006

To:    All Creditors and Parties-In-Interest:

PLEASE TAKE NOTICE that on **Tuesday, September 12, 2006** at 10:00 a.m, before The Honorable Pamela S. Hollis, United States Bankruptcy Judge, in Courtroom 644 in the United States Courthouse, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, or in her absence, before such other Judge who may be sitting in her place and stead, the Court shall conduct a Hearing on the **First and Final Application of Gould & Ratner for Allowance of Compensation and Reimbursement of Expenses for the Period November 15, 2005 through May 31, 2006 (the "Fee Application").**

Gould & Ratner, the Debtor attorney, seeks entry of an order awarding it interim compensation in the amount of $34,517.75 and reimbursement of expenses in the amount $1,819.54. You may appear and be heard at the 10:00 a.m. hearing on **Tuesday, September 12, 2006,** but you are not required to attend. Any objection to the entry of the Gould & Ratner's Fee Application must be made in writing on or before September 8, 2006 and served on the undersigned. A copy of the Fee Application may be obtained by contacting the undersigned.

| | |
|---|---|
| Mark E. Leipold (I.D. 06194124) | Respectfully submitted, |
| Christina B. Conlin (I.D. 6255644) | |
| Gould & Ratner | **GOULD & RATNER** |
| 222 N. LaSalle Street, Suite 800 | |
| Chicago, Illinois 60601 | By:   /s/ Mark E. Leipold |
| 312.236.3003 | One of Its Attorneys |
| 312.236.3241 (facsimile) | |

/337694.v 1 101790/001

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Chapter 7 |
| | ) | |
| **Paragon Aquatech, Ltd.,** | ) | Case No. 05 B 21359 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| Debtor. | ) | United States Bankruptcy Judge |
| | ) | |
| | ) | Hearing Date: September 12, 2006 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Written Objections Due: September 8, 2006 |

### CERTIFICATE OF SERVICE

I, Mark E. Leipold, an attorney, certifies that on August 16, 2006, he caused the foregoing **Notice of Motion and First and Final Application of Gould & Ratner for Allowance of Compensation and Reimbursement of Expenses for the Period November 15, 2005 through May 31, 2006**, to be filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

| Karen I. Engelhardt | Brian A. Audette | David N. Missner |
|---|---|---|
| kie@ask-attorneys.com | brian.audette@dlapiper.com | david.missner@dlapiper.com |

In addition, on August 16, 2006, the parties listed below were served the **Notice of Motion and First and Final Application of Gould & Ratner for Allowance of Compensation and Reimbursement of Expenses for the Period November 15, 2005 through May 31, 2006**, via regular United States mail receptacle located at 222 N. LaSalle Street, Chicago, Illinois, properly addressed, first-class postage prepaid, before the hour of 5:00 p.m.

| | | |
|---|---|---|
| David N. Missner | Paragon Aquatech, Ltd | Norman B Newman |
| Brian A. Audette | c/o Ronald J. Atlas | Much Shelist Freed Denenberg |
| DLA Piper Rudnick Gray | 300 East Industrial Lane | 191 North Wacker Drive |
| Cary US LLP | Wheeling, IL  60090 | Suite 1800 |
| 203 N LaSalle Street | | Chicago, IL  60601 |
| Suite 1900 | | |
| Chicago, IL  60601 | | |
| | | |
| William T Neary | Karen I. Engelhardt | |
| Office of the U.S. Trustee, | Allison Slutsky & Kennedy | |
| Region 11 | 230 W. Monroe Street | |
| 227 W. Monroe St. | Suite 2600 | |
| Suite 3350 | Chicago, IL  60606 | |
| Chicago, IL  60606 | | |

/337714.v 1 101790/001

      Additionally, on August 16, 2006, the parties listed on the attached service list were served the **Notice of Motion on First and Final Application of Gould & Ratner for Allowance of Compensation and Reimbursement of Expenses for the Period November 15, 2005 through May 31, 2006** (a copy of which is attached hereto) via regular United States mail receptacle located at 222 N. LaSalle Street, Chicago, Illinois, properly addressed, first-class postage prepaid, before the hour of 5:00 p.m.

                                  Respectfully submitted,
                                  **GOULD & RATNER**

                            By:   /s/ Mark E. Leipold
                                    One of Its Attorneys

Mark E. Leipold (I.D. 06194124)
Christina B. Conlin (I.D. 6255644)
Gould & Ratner
222 N. LaSalle Street, Suite 800
Chicago, Illinois 60601
312.236.3003
312.236.3241 (facsimile)

## SERVICE LIST

David N. Missner
Brian A. Audette
DLA Piper Rudnick Gray Cary US LLP
203 N LaSalle Street, Suite 1900
Chicago, IL 60601

William T Neary
Office of the U.S. Trustee, Region 11
227 W. Monroe St.
Suite 3350
Chicago, IL 60606

Thomas Pump Co., Inc.
2301 East Liberty Street
Aurora, IL 60504

Charles Haling
Paragon Aquatech, Ltd
300 E. Industrial Lane
Wheeling, IL 60090

Koala Play Group
7881 S. Wheeling Court
Englewood, CO 80112-2445

Illinois Mining
41 Walter Court
Lake in the Hills, IL 60156-9601

Palatine Oil Co., Inc.
P.O. Box 985
Palatine, IL 60078

Encotech Construction Service
1911 Pickwick Lane
Glenview, IL 60025

Unistrut Corporation
1140 West Thorndale Avenue
Itasca, IL 60143

A & A Equipment & Supply Company
196 West Devon Avenue
Bensenville, IL 60106

Paragon Aquatech, Ltd
c/o Ronald J. Atlas
300 East Industrial Lane
Wheeling, IL 60090

Karen I. Engelhardt
Allison Slutsky & Kennedy
230 W. Monroe Street
Suite 2600
Chicago, IL 60606

Burris Equipment Co.
2216 N. Green Bay Road
Waukegan, IL 60087

Patricia Saulka
Paragon Aquatech, Ltd
300 E. Industrial Lane
Wheeling, IL 60090

Warady & Davis
180 Wilmot Road
Suite 500
Deerfield, IL 60015-5145

Nextel Communications
c/o First Revenue Assurance
P.O. Box 5818
Denver, CO 80217

Chicago Tank Lining
1811 West South Boulevard
Evanston, IL 60202-2749

Tyco Valves
9700 West Gulf Bank Road
Houston, TX 77040

Terrace Supply Company
710 N. Addison Road
Villa Park, IL 60181-5022

AGSCO c/o Richard Kessler
Harris Kessler & Goldstein LLC
640 North LaSalle Street
Suite 950
Chicago, IL 60610

Norman B Newman
Much Shelist Freed Denenberg
191 North Wacker Drive
Suite 1800
Chicago, IL 60601

Aqua Pure Enterprises, Inc.
1312 Marquette Drive
Suite A
Romeoville, CO 60446

John Traff, President
Maverick Pools
20370 N. Rand Road, #208
Palatine, IL 60074

Bushnell, Inc.
2110 Oxford Road
Des Plaines, IL 60018

Network Piping
25 Frost Avenue
Warwick, RI 02888

Okeh Electric Supply
825 University Drive
Arlington Heights, IL 60004

Travelers Insurance
c/o McMahan & Sigunick, Ltd.
216 West Jackson Boulevard
Chicago, IL 60606

Porter Pipe
303 S. Rohlwing Road
Addison, IL 60101

FNBW Bank
1151 East Butterfield Road
Wheaton, IL 60187

American First Aid Services, Inc.
2354 Hassell Road
Suite C
Hoffman Estate, IL 60195

## SERVICE LIST

Anco Steel Company, Inc.
P.O. Box 652
Plainfield, IL 60544

Aqua Gon, Inc.
1728 North Aurora Road
Naperville, IL 60563

AT&T – File #53643
c/o Fidelity National Credit
2421 North Glassell Street
Orange, CA 92857

Barnes Distributions
c/o Levy Diamond Bello & Associates
P.O. Box 352
Milford, CT 06460

Basic Chemical Solutions
c/o Newton & Associates
P.O. Box 8510
Metairie, LA 70011-8510

Cobra Concrete Cutting
1900 North Austin
Chicago, IL 60639

Consolidated Plastics Company, Inc.
8181 Darrow Road
Twinsburg, OH 44087-2375

Country Gas Co.
4010 U.S. Highway 14
Crystal Lake, IL 60014

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978

Howard L. White & Associates
P.O. Box 5197
Buffalo Grove, IL 60089-5197

I.M. of Barrington
41 Walter Court
Lake In The Hills, IL 60156-9601

Kar Products
461 North Third Avenue
Des Plaines, IL 60018

Laidlaw Carriers Flatbed LP
P.O. Box 430 Highway #6
Hagersville, ON N0A1H0
CANADA

Luczak Sales
1128 Tower Road
Schaumburg, IL 60173

McCann
543 South Rohlwing Road
Addison, IL 60101-4284

Metlatek
2595 Bond Street
University Park, IL 60466

Northern Safety Co., Inc.
232 Industrial Park Drive
Frankfort, NY 13340

Omya Canada, Inc.
P.O. Box 25042
Postal Station A
Toronto, Ontario M5W2X8
CANADA

Pac-Van, Inc.
P.O. Box 6069
Indianapolis, IN 46206-6069

Peoria Pump, Inc.
P.O. Box 1487
1308 NE Adams Street
Peoria, IL 61655-1487

Perma-Cast
1871 Aspen Circle
Pueblo, CO 81002

Pro-Safety, Inc.
2220 Landmeier
Elk Grove Village, IL 60067

Robert James Sales, Inc.
P.O. Box 7999
2585 Walden Avenue
Buffalo, NY 14225

Rose Supply Company, Inc.
69 Stevens Drive
Schaumburg, IL 60173

Roy Zenere Trucking & Excavating
317 East Margaret Street
Thornton, IL 60476

Santa Barbara Control Systems
5375 Overpass Road
Santa Barbara, CA 93111

Specialty Plumbing, Ltd.
300 East Industrial Lane
Wheeling, IL 60090

Tropical Tiles
P.O. Box 475
Bridgeton, NJ 08302

Vulcan Construction and Materials
747 East 22nd Street
Suite 200
Lombard, IL 60148

Whitehead Electric Co., Inc.
11404 U.S. Highway 60 W
Sturgis, KY 41459-0370

# SERVICE LIST

Douglas A. Lindsay
Lewis, Overbeck & Furman, LLP
135 South LaSalle Street
Suite 2300
Chicago, IL 60603

McCann Industries Inc.
Nigro & Westfall PC
1793 Bloomingdale Road
Glendale Heights, IL 60139

Terry Smith, President
Poolcare-Aquatech, Ltd.
300 East Industrial Lane
Wheeling, IL 60090

Illinois Department of Revenue
Bankruptcy Unit
100 West Randolph Street
#7-400
Chicago, IL 60601

St. Paul Travelers (Invol)
c/o Receivable Management Services
P.O. Box 5126
Timonium, MD 21094

Illinois Department of Employment Services
Bankruptcy Unit
33 South State Street, 10th Floor
Chicago, IL 60603

Zurich American Insurance Co.
Attn: Shirley Newport, Special Collections
3910 Keswick Road, Rm. MD1-04-04
Baltimore, MD 21211

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Paragon Aquatech, Ltd., | ) | Case No. 05 B 21359 |
| | ) | |
| | ) | Honorable Pamela S. Hollis |
| Debtor. | ) | United States Bankruptcy Judge |
| | ) | |
| | ) | Hearing Date: September 12, 2006 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Written Objections Due: September 8, 2006 |
| | ) | |

**FIRST AND FINAL APPLICATION OF GOULD & RATNER FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD NOVEMBER 15, 2005 THROUGH MAY 31, 2006**

Gould & Ratner (the **"Applicant"** or **"G&R"**) requests entry of an order approving its first and final application for allowance of compensation and reimbursement of expenses (**"First and Final Application"**) for the services of the Applicant in the representation of Paragon Aquatech, Ltd. (the **"Debtor"**), for the period from November 15, 2005 through May 31, 2006 (the **"Application Period"**).

1. The Applicant requests its first and final allowance of compensation for services rendered to the Debtor as Special Counsel for the Benefits Litigation (**"Benefits Litigation"**) during the Application Period in the amount of $34,517.75, and the reimbursement of expenses in the amount of $1,819.54, necessarily incurred and advanced by the Applicant in the course of providing professional services to the Debtor during the Application Period.

2. All professional services for which compensation is requested were performed by the Applicant for the Debtor.

/330451.v 4

3. Time expended by G&R has previously been divided between the remaining co-defendants – the Debtor and Ron Atlas (**"Atlas"**).

## Background and Engagement of the Applicant

4. On or about April 20, 2000, the Laborers' Pension Fund (**"Pension"**), Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity (**"Welfare"**), and James S. Jorgensen, Administrator of the Funds (**"Administrator,"** which together with Pension and Welfare shall collectively be referred to as the **"Laborers"**) filed a complaint against Paragon Pool Construction, Inc. (**"Pool"**), Paragon-Paddock, Inc. (**"Paddock"**) and Atlas alleging that Pool and Paddock failed to pay certain pension benefits and health and welfare benefits (collectively the **"Benefits"**) allegedly due the Laborers relating to a specific period of time, which lawsuit is captioned *Laborers' Pension Fund, et al. v. Paragon Pool Construction, Inc., et al.*, Case No. 00 C 2408 (N.D. Ill. April 20, 2000) (Grady, J.) (the **"First Lawsuit"**).

5. On or about January 21, 2003, the Laborers filed a second complaint against Pool alleging that it failed to pay certain Benefits which had accrued over a different period of time than the time period set forth in the First Lawsuit. The second complaint is captioned *Laborers' Pension Fund, et al. v. Paragon Pool Construction, Inc., et al., Case No. 03 C 0428* (N.D. Ill. Jan. 21, 2003) (Gottschall, J.) (the **"Second Lawsuit"**).

6. On March 19, 2002, the First Lawsuit was amended to add the Debtor as a defendant.

7. On May 22, 2003, the Laborers added the Debtor as a defendant to the Second Lawsuit.

2

8.     On or about October 1, 2003, the First and Second Lawsuits were consolidated into a single lawsuit (collectively, the **"Benefits Litigation"**).

9.     On or about December 31, 2003, the Laborers amended the Benefits Litigation complaint naming Specialty Plumbing, Ltd. **("Plumbing")** and Atlas as additional defendants and asserted that various corporate veils could be pierced to recover the unpaid benefits from Atlas, individually.

10.    On May 27, 2005, the Debtor commenced this bankruptcy case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code and which is captioned *In re Paragon Aquatech, Ltd.,*, Case No. 05 B 21359 (Bankr. N.D. Ill. May 27, 2005) (Hollis, J.).

11.    The Debtor determined that it was in the Estate's best interest if it defended against the Laborer's claims in the Benefits Litigation. As a result of challenge to the Laborers' claims in the Benefits Litigation, the Debtor was able to obtain the following reductions in various claims:

   A.    from $212,154.89 to $98,025.00 in March of 2004; and

   B.    from $406,411.89 to $37,773.63 in August of 2004.

12.    The Debtor decided to retain its prepetition counsel to represent its interests in the Benefits Litigation.

13.    The Applicant agreed to represent the Debtor and Ron Atlas in the Benefits Litigation and, to the extent appropriate, divide the fees and expenses equally between the Debtor and Atlas.

14.    On November 15, 2005, the Court entered the Order (A) Authorizing the Debtor to Retain Mark E. Leipold and the Law Firm of Gould & Ratner as the Debtor's

3

Special Counsel and (B) Approving Interim Fee Procedures, a copy of which is attached as Exhibit A. The order also provided that certain prepetition retainers held by G&R, totaling $23,100.10, could be used by G&R as a retainer for its representation of the Debtor as Special Counsel in the Benefits Litigation. (Atlas provided G&R a separate retainer of $40,000.)

15. The parties negotiated a settlement of the Benefits Litigation.

16. On March 31, 2006, the Laborers, the Debtor and Atlas, executed a Mutual General Release and Settlement Agreement (subject to the approval of the Bankruptcy Court), a copy of which is attached as exhibit to the "Approval Order" (as defined herein) (the **"Settlement"**).

17. On April 13, 2006, the Bankruptcy Court approved the Settlement.

18. After approval by the Bankruptcy Court of the Settlement, the parties to the Benefits Litigation requested that the District Court dismiss the pending consolidated lawsuits with prejudice and without costs (the **"Approval Order"**). A copy of the Approval Order is attached as Exhibit B.

19. On May 24, 2006, the District Court dismissed the First Lawsuit with prejudice and without costs and subsequently dismissed the Second Lawsuit with prejudice and without costs on June 26, 2006.

20. On August 11, 2006, the Bankruptcy Case was converted to a case under Chapter 7 of the Bankruptcy Code. Norman B. Newman is the interim trustee.

21. The first meeting of creditors, pursuant to Section 341(a) of the Bankruptcy Code, is to be held on September 14, 2006 at 12:30 PM at 227 W Monroe Street, Room 3360, Chicago, Illinois.

4

22. Atlas paid G&R $31,579.75 in fees and $2,019.17 in expense reimbursement for its representation of his interests in the Benefits Litigation. G&R applied the $40,000 retainer received from Atlas to these fees and expenses.

23. As stated earlier, this is G&R's first and final fee application. G&R seeks approval and entry of an order authorizing and allowing interim compensation of $34,517.75 for work performed on behalf of the Debtor from on or about November 15, 2005 through May 31, 2006 and reimbursement of its actual and necessary expenses in the amount of $1,819.54. In addition, G&R seeks leave to apply the $23,179.16 retainer (inclusive of accrued interest) against the fees and authorize the Debtor to pay G&R the difference, or $13,158.13.

## Allowance of Compensation

24. The services rendered by the Applicant were necessary to the administration of this bankruptcy proceeding. The Applicant's work can be described as follows:

> At the time the Applicant became involved as Special Counsel, the majority of the discovery had been completed. The majority of time was spent briefing and arguing various motions for summary judgment, preparing for a trial on the merits and, at the same, discussing a possible settlement. The Applicant spent time preparing a detailed and exhaustive pretrial statement required by the District Court including stipulations of fact, witness lists and legal memoranda. Time was spent preparing and responding to various in limine motions, and preparing a trial outline and exhibit binders. The Applicants spent time preparing and attending various hearings in connection with the pretrial order and the motions in limine. In addition, the Applicant undertook to analyze strategy issues. The Applicant was responsible for the drafting of an extensive settlement agreement and seeking approval by both the Bankruptcy Court and the District Court.

25. The Applicant devoted 146.80 hours of professional time to providing legal services to Paragon during the Application Period. A true and correct copy of an itemization of the Applicant's time record entries for the Application Period, which details the time entries and the member of the firm providing services, is attached as <u>Exhibit C</u>.

5

26.  The Applicant sought to use the most junior attorney appropriate in order to minimize the attorneys fees and costs incurred by the Debtor.

27.  A summary of the time spent by each individual and a computation of the value of professional time is listed below:

| Name | Position | Hours | Hourly Rate | Fees Earned |
|---|---|---|---|---|
| **ATTORNEYS** | | | | |
| Robert A. Carson | Partner | .40 | $335.00 | $134.00 |
| Mark E. Leipold | Partner | 9.75 | $300.00 | $2,925.00 |
| Mark E. Leipold | Partner | 40.00 | $300.00 | $12,200.00 |
| Christina B. Conlin | Associate | 9.05 | $205.00 | $1,855.25 |
| Christina B. Conlin | Associate | 61.05 | $215.00 | $13,125.75 |
| | | | | |
| **NON-ATTORNEYS** | | | | |
| Sharyl L. Tamssot | Paralegal | 4.50 | $160.00 | $720.00 |
| Sharyl L. Tamssot | Paralegal | 21.35 | $165.00 | $3,522.75 |
| Tiffany Walters | Law Clerk | .70 | $50.00 | $35.00 |
| **TOTAL:** | | | | **$34,517.75** |

28.  The Applicant requests compensation only for services performed in connection with this case.

29.  The Applicant will not share any compensation received or to be received pursuant to this Application, except as allowed by Section 504(b) of the Bankruptcy Code. No agreement or understanding exists between the Applicant or any other persons or firms for the sharing of compensation received, or to be received, in connection with this Chapter 11 case. In compliance with Section 330 of the Bankruptcy Code and Rule 2016(a) of the Rules of Bankruptcy Procedure, the Verified Statement of Mark E. Leipold, a partner at Gould & Ratner, is attached hereto and incorporated herein as <u>Exhibit D</u>. No prior application has been filed for the relief requested herein. The services rendered to the Debtor were necessary in representing its interests in the Benefits Litigation.

30. A detailed itemization of all expenses recorded by Applicant during the Application Period is set forth on <u>Exhibit E</u>. All such expenses were actually incurred in connection with this case and were necessary for the performance of Applicant's services as described herein.

31. Based on the foregoing, for the period from November 15, 2005 through May 31, 2006, Applicant seeks interim compensation in the amount of $34,517.75 and reimbursement of expenses in the amount of $1,819.54.

WHERFORE, the Applicant respectfully requests that this Court enter an order:

A. Awarding the Applicant fees in the amount of $34,517.75 as final compensation and authorizing reimbursement of expenses in the amount of $1,819.54 for the Application Period (the **"First and Final Award"**);

B. Authorizing the Applicant to apply its retainer (currently $23,179.16) to the First and Final Award;

C. Authorizing and directing the Debtor to pay the Applicant the remaining amount of the First and Final Award after applying the retainer; and

D. Granting such other and further relief this Court deems just.

Respectfully submitted,

**GOULD & RATNER**

By: /s/ Mark E. Leipold
One of Its Attorneys

Mark E. Leipold (I.D. 06194124)
Christina B. Conlin (I.D. 6255644)
Gould & Ratner
222 N. LaSalle Street, Suite 800
Chicago, Illinois 60601
312.236.3003
312.236.3241 (facsimile)

7