IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 05 B 21359 |
| Paragon Aquatech, Ltd., | ) | |
| | ) | Hon. Pamela S. Hollis |
| Debtor. | ) | |

## DEBTOR'S FINAL REPORT AND ACCOUNT

Paragon Aquatech, Ltd. (the "Debtor"), by and through its undersigned counsel, and pursuant to Federal Rule of Bankruptcy Procedure 1019(5)(A), hereby presents this Final Report and Account (this "Final Report") and states as follows:

1. On May 27, 2005 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court").

2. On August 11, 2006 (the "Conversion Date"), the Court entered an Order converting this case to a case under Chapter 7 of the Bankruptcy Code.

3. On August 11, 2006, Norman B. Newman was appointed Chapter 7 trustee.

4. The following is a Schedule of Unpaid Liabilities for the period from the Petition Date to the Conversion Date:

    a.    Poolcare Aquatech, Ltd.
           300 E. Industrial Lane
           Wheeling, IL 60090
           (847) 537-2525

        - $3,537.50 unpaid claim for pool construction services.

  b.  Maverick Pools, Inc.
     20370 N. Rand Road, Suite 205
     Palatine, IL 60074
     (847) 726-8564

- $11,793.81 unpaid claim for pool construction services, which will be paid from the Escrow Account described in paragraph 5.c. of this Final Report.

  c.  DLA Piper Rudnick Gray Cary US LLP
     203 North LaSalle Street, Suite 1900
     Chicago, IL 60601
     (312) 368-4000
     *Bankruptcy Counsel to the Debtor*

- $10,708.74 in unpaid legal fees and expenses granted pursuant to Court order dated August 3, 2006 and incurred during the period December 1, 2005 through June 30, 2006. DLA Piper Rudnick Gray Cary US LLP also has an unknown amount of unpaid legal fees and expenses incurred during the period July 1, 2006 to the Conversion Date, which DLA Piper Rudnick Gray Cary US LLP will seek pursuant to a final fee application, subject to Court review and approval.

  d.  Gould & Ratner
     222 North LaSalle Street, Suite 800
     Chicago, IL 60601
     (312) 236-3003
     *Special Counsel to the Debtor*

- $36,337.29 in unpaid legal fees and expenses incurred as special counsel to the Debtor. However, Gould & Ratner received a retainer from the Debtor pre-petition now totaling $23,179.16, which the Court authorized to be applied against Gould & Ratner's fees and expenses incurred on behalf of the Debtor during the post-petition period (pending final approval of fees). Thus, the balance of the fees and expenses owed to Gould & Ratner from the Debtor's estate totals $13,158.13. Gould & Ratner was retained pursuant to Court approval to represent the Debtor in a case pending before the Honorable John F. Grady in the United States District Court for the Northern District of Illinois entitled *Laborers' Pension Fund et al. v. Paragon Pool Construction, Inc., et al.*, Case No. 00 C 2408. On August 16, 2006, Gould & Ratner filed its fee application for its unpaid legal fees and expenses, which remains subject to Court review and approval.

    e.    Office of the United States Trustee
227 West Monroe Street, Suite 3350
Chicago, IL 60606
(312) 886-5785

- The Office of the United States Trustee has asserted that the Debtor owes $3,000 in unpaid fees, which was an estimated amount due. The Debtor believes it owes much less than $3,000 to the Office of the United States Trustee.

    f.    Federal Unemployment Taxes in the approximate amount of $100 due January 31, 2007.

    g.    Ronald J. Atlas
President, Paragon Aquatech, Ltd.
300 East Industrial Lane
Wheeling, IL 60090
(847) 537-3800

- $6,000 in unpaid compensation for the Period June 29, 2006 through August 10, 2006.

5.    The following is a schedule of the Debtor's remaining assets:

    a.    Remaining inventory with an estimated value of $27,500.

    b.    C.D. at FNBW Bank in the amount of $10,700, which comes due and payable to the Debtor in July, 2007. These funds cannot be withdrawn until July, 2007 because they are pledged against a letter of credit guaranteeing repairs, if necessary, to Central Park, Wilmette IL. Four years have elapsed since the job has been completed and no repairs have been necessary to date.

    c.    Escrow Account at Insurance Services Group, Inc., Lynda Schultz, 707 Skokie Blvd., Suite 540, Northbrook, IL 60062, (847) 412-1820, the balance of which totals approximately $35,000. Of this amount, $11,793.81 is due and payable to Maverick Pools, Inc. to satisfy its unpaid, post-petition claim set forth in paragraph 4.b. of this Final Report. After a small amount of paperwork, the Debtor believes that the balance of these funds (i.e., $23,206.19) should be collectible.

chgo1\30835746.1                3

d.  $10,000 receivable from Maggio Construction, 567 W. Algonquin Road, Mt. Prospect, IL 60056, (847) 437-7300. Another of the Debtor's creditors holds a claim against Maggio Construction in the amount of $4,745, which Maggio is entitled to withhold from the amount due to the Debtor. Thus, the balance of the Debtor's receivable totals $5,255. The Debtor believes that this receivable is collectible.

e.  Used equipment (granite machine, plaster pump & mixer, backing trailer, bobcat, and air compressor) in poor condition has an approximate value of $2,000. The Debtor believes there is a limited market for this equipment.

6.  To the extent necessary and upon receipt of additional pertinent information, if any, the Debtor will supplement this Final Report.

Dated: August 29, 2006

Respectfully submitted,

**PARAGON AQUATECH, LTD.**

By: _____/s/ Brian A. Audette_____
        One of its attorneys

David N. Missner (ARDC No. 01928988)
Brian A. Audette (ARDC No. 06277056)
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000

chgo1\30835746.1                                                      4

## VERIFICATION OF RONALD J. ATLAS

I, Ronald J. Atlas, as President of Paragon Aquatech, Ltd., under penalties of perjury, verify that I have read the foregoing Debtor's Final Report and Account and that the information contained therein is true and correct to the best of my knowledge, information and belief.

Dated: August 29, 2006

Ronald J. Atlas, President
Paragon Aquatech, Ltd.
300 East Industrial Lane
Wheeling, IL 60090
(847) 537-3800

chgo1\30835820.1

# **CERTIFICATE OF SERVICE**

Brian A. Audette, an attorney, certifies that on August 29, 2006, he caused the ***Debtor's Final Report and Account*** to be filed electronically.  Notice of this filing was sent by operation of the Court's electronic filing system to the following parties:

| | |
|---|---|
| **Karen I. Engelhardt** | **Mark E Leipold** |
| kie@ask-attorneys.com | mleipold@gouldratner.com;stamssot@gouldratner.com;lbernstein@gouldratner.com |

In addition, on August 29, 2006, the following parties were served the ***Debtor's Final Report and Account*** via facsimile and regular U.S. mail, postage prepaid.  Parties may access this filing through the Court's CM/ECF system.

| | |
|---|---|
| Kathryn M. Gleason | Norman B. Newman |
| U.S. Trustee | William S. Hackney |
| Suite 3350 | Much Shelist Freed Denenberg |
| 227 West Monroe Street | Ament & Rubenstein PC |
| Chicago, IL  60606 | 191 N. Wacker Drive, Suite 1800 |
| Facsimile: (312) 886-5794 | Chicago, IL 60606 |
| | Facsimile: (312) 521-2392 |
| | (312) 521-2312 |

        /s/ Brian A. Audette
David N. Missner (ARDC #01928988)
Brian A. Audette (ARDC #06277056)
**DLA PIPER RUDNICK GRAY CARY US LLP**
203 North LaSalle Street - Suite 1900
Chicago, Illinois 60601
(312) 368-4000