## **EXHIBIT E**

~CHGO1:30759797.v1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case Nos. 05 B 21359 |
| Paragon Aquatech, Ltd., | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor. | ) | |

ORDER ALLOWING FINAL COMPENSATION PURSUANT
TO THE FINAL FEE APPLICATION OF DLA PIPER US LLP,
AS COUNSEL FOR DEBTOR, AND GRANTING OTHER RELIEF

This cause coming to be heard on the Final Fee Application of DLA Piper US LLP for Allowance of Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Debtor for the Period from May 27, 2005 through and including August 10, 2006 (the "Application");[1] due and proper notice of the Application having been given; the Court having jurisdiction over this core proceeding; and the Court having been fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

1. The Application is granted as provided herein.

2. DLA Piper US LLP ("DLA Piper"), having requested final compensation in the amount of $40,756.00, is allowed final compensation as counsel to the Debtor in the amount of $_____ for legal services performed for the Debtor from May 27, 2005 through August 10, 2006.

3. DLA Piper, having requested final reimbursement of expenses in the amount of $1,853.79, is allowed $_____ for reimbursement of expenses incurred from May 27, 2005 through August 10, 2006.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

chgo1\30830583.1

    4.    DLA Piper is granted an allowed Chapter 11 administrative expense claim under 11 U.S.C. § 503(b) against the Debtor's estate in the amount of $_____, which represents DLA Piper's unpaid fees and expenses approved by this Court.

    5.    This Order is a final Order and is effective immediately.

Dated: Chicago, Illinois
      October \_\_\_, 2006

**ENTER:**

_____
UNITED STATES BANKRUPTCY JUDGE

**ORDER PREPARED BY**:
David N. Missner (ARDC #01928988)
Brian A. Audette (ARDC #06277056)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, IL  60601-1293
(312) 368-4000