# EXHIBIT "A"

# NUMBER 1

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000   F 312.521.2100
FEIN 36-2757501

Paragon Aquatech, Ltd.
c/o Norman B. Newman
191 N. Wacker Dr.
Suite 1800
Chicago, IL  60601

Invoice Number: ******

Invoice Date: **01/09/2009**

Matter Number: **0005751.0001**
06 - General Administration

Billing Attorney: **Norman B. Newman**

## FEES THROUGH JANUARY 9, 2009

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 03/17/08 | NBN | Review motion of R. Havlik for relief from automatic stay. | 0.30 |
| 03/17/08 | CEM | Reviewed motion to lift stay. | 0.20 |
| 03/18/08 | NBN | Review proposed relief from stay order regarding Havlik motion. | 0.20 |
| 03/21/08 | CEM | Telephone conference with movant regarding order lifting stay. | 0.20 |
| 03/25/08 | CEM | Telephone conference with movant regarding this a.m. hearing. | 0.10 |
| 03/25/08 | CEM | Attended hearing on motion to lift stay. | 0.60 |
| 04/02/08 | CEM | Telephone conference with R. Atlas regarding U.S. Trustee fees. | 0.10 |
| 04/28/08 | CEM | Telephone conference with creditor regarding case status. | 0.20 |
| | | **Total Hours** | 1.90 |
| **Total** | | | 806.00 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# NUMBER 2

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Paragon Aquatech, Ltd.
c/o Norman B. Newman
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60601

Invoice Number: ******

Invoice Date: **01/09/2009**

Matter Number: **0005751.0002**
06 - Disposition of Assets

Billing Attorney: **Norman B. Newman**

## FEES THROUGH JANUARY 9, 2009

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 10/03/07 | NBN | Telephone conference with R. Bergman regarding status of stock sale. | 0.20 |
| 10/22/07 | NBN | Discussions with R. Bergman regarding confirming sale of stock. | 0.20 |
| 12/10/07 | NBN | Telephone conference with R. Atlas regarding Principal Mutual dividend check and shares of stock owned by the Debtor. | 0.30 |
| 12/13/07 | CEM | Telephone conference with Computershare regarding shares of stock and dividend checks. | 0.30 |
| 01/02/08 | CEM | Reviewed paper work regarding shares/dividend in publicly traded company. | 0.20 |
| 01/07/08 | CEM | Telephone conference with administrator of Principal stock shares regarding redemption. | 0.20 |
| 01/08/08 | CEM | Prepared materials and letter to redeem shares of stock. | 0.40 |
| | | **Total Hours** | **1.80** |
| **Total** | | | **793.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# NUMBER 3

**MUCH SHELIST**

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Paragon Aquatech, Ltd.
c/o Norman B. Newman
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60601

Invoice Number: ******

Invoice Date: **01/09/2009**

Matter Number: **0005751.0006**
06 - Tax Issues

Billing Attorney: **Norman B. Newman**

## FEES THROUGH JANUARY 9, 2009

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 03/17/08 | NBN | Telephone conference with N. Kellerman regarding post 9/30/03 activity for tax returns (.20); review docket for cash receipts and disbursement statements filed during the Chapter 11 phase (.40). | 0.60 |
| 04/04/08 | CEM | Telephone conference with accountant regarding potential tax liability. | 0.10 |
| 04/04/08 | CEM | E-mails with debtor's attorney regarding tax claims and tax returns. | 0.10 |
| 04/14/08 | CEM | Conferences with Debtor's attorney and N. Newman regarding tax returns. | 0.10 |
| 04/28/08 | CEM | Review of e-mails and correspondences regarding tax years in question. | 0.40 |
| 06/23/08 | NBN | Discussions with N. Kellerman regarding tax returns and Chapter 11 operations. | 0.40 |
| 10/06/08 | NBN | Telephone conference with and letter to N. Kellerman regarding DIP cash receipts and disbursement reports and final DIP report (.40); review cash reports (.40). | 0.80 |
| 11/18/08 | NBN | Correspondences with H. Stone regarding forms 1 and 2 needed for tax returns (.20); telephone calls with H. Stone regarding making returns final (.20). | 0.40 |
| 11/19/08 | NBN | Discussion with H. Stone regarding assets liquidated and anticipated distribution recipients regarding tax issues and closing estate. | 0.40 |
| 12/04/08 | NBN | Review and transmit 2006 tax returns and 2007 returns (.40); prepare letters to IRS and IDOR regarding prompt determination requests (.5). | 0.90 |
| 12/24/08 | NBN | Review IDOR response to prompt determination requests for 2007 and 2008. | 0.20 |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Paragon Aquatech, Ltd.
c/o Norman B. Newman
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60601

Invoice Number: ******

Invoice Date: **01/09/2009**

Matter Number: **0005751.0006**
06 - Tax Issues

Billing Attorney: **Norman B. Newman**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| | | Total Hours | 4.40 |
| | | **Total** | **2,259.00** |

# NUMBER 4

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Paragon Aquatech, Ltd.
c/o Norman B. Newman
191 N. Wacker Dr.
Suite 1800
Chicago, IL 60601

Invoice Number: ******

Invoice Date: **01/09/2009**

Matter Number: **0005751.0009**
06 - Claims Administration

Billing Attorney: **Norman B. Newman**

## FEES THROUGH JANUARY 9, 2009

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 03/20/08 | NBN | Review claims register and proofs of claim for possible objections. | 2.20 |
| 03/21/08 | NBN | Review tax claims, U.S. Trustee claim, compensation orders for attorney for debtor and attorney for committee and order setting claim of Laborers' Pension Fund. | 1.80 |
| 03/24/08 | NBN | Review tax claims for possible objections; review U.S. Trustee administrative claims. | 0.80 |
| 03/25/08 | CEM | Conference with N. Newman regarding claims analysis. | 0.10 |
| 03/26/08 | CEM | Reviewed tax claims. | 0.80 |
| 03/31/08 | CEM | Revised objections to claims to taxing authorities. | 0.60 |
| 04/01/08 | CEM | Conferences with N. Newman regarding priority claims and U.S. Trustee claim. | 0.10 |
| 04/01/08 | CEM | Review claims register. | 0.20 |
| 04/02/08 | NBN | Correspondences with M. Leipold regarding Gould and Ratner Chapter 11 claim and funds available to pay. | 0.30 |
| 05/21/08 | NBN | Review updated claims register and review services rendered for final fee application. | 1.20 |
| 11/17/08 | NBN | Review amended claim filed by Zurich American Insurance Co. | 0.20 |
| | | **Total Hours** | **8.30** |
| **Total** | | | **4,086.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# NUMBER 5

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

Paragon Aquatech, Ltd.
c/o Norman B. Newman
191 N. Wacker Dr.
Suite 1800
Chicago, IL  60601

Invoice Number: ******

Invoice Date: **01/09/2009**

Matter Number: **0005751.0010**
06 - Fee Matters

Billing Attorney: **Norman B. Newman**

## FEES THROUGH JANUARY 9, 2009

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 10/03/07 | NBN | Prepare interim fee application. | 0.80 |
| 10/04/07 | CEM | Reviewed attorney time entries for preparation of fee application. | 0.80 |
| 10/09/07 | CEM | Begin work on fee application. | 0.70 |
| 10/11/07 | CEM | Reviewed and revised fee application. | 0.60 |
| 10/15/07 | NBN | Prepare first interim fee application. | 0.90 |
| 10/16/07 | CEM | Reviewed N. Newman's comments to fee application. | 0.10 |
| 10/23/07 | CEM | Telephone conference with creditor regarding fee application. | 0.10 |
| 11/08/07 | NBN | To court for hearing on interim fee application. | 0.80 |
| 10/06/08 | NBN | Prepare final fee application. | 0.50 |
| 10/24/08 | NBN | Prepare final fee application. | 1.60 |
| 12/19/08 | NBN | Review statement of services from FGMK for accountant's fee petition. | 0.50 |
| | | **Total Hours** | **7.40** |
| **Total** | | | **3,601.00** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

QUESTIONS?
E billinginquiries@muchshelist.com  ■  www.muchshelist.com

thinking business, practicing law.