IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| PARAGON AQUATECH, LTD | ) | CASE NO. 05-21359 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| | ) | |
| Debtor(s) | | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation $ 7,727.76

2. Trustee's expenses $ 0.00

   TOTAL $ 7,727.76

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee (Much Shelist Denenberg Ament & Rubenstein, P.C.)

   a. Compensation $ 11,761.00

   b. Expenses $ 47.20

   c. Chapter 11 Compensation $ 0.00

   d. Chapter 11 Expenses $ 0.00

2. Accountant for the Trustee (FGMK, LLC)

   a. Compensation $ 5,117.00

   b. Expenses $ 0.00

3. Other Professionals

   c. Special Counsel (Gould & Ratner)

   (1) Compensation $ 13,158.13

|  |  |
|---|---|
| (2) Expenses | $_____0.00 |

d. Attorney for Debtor (DLA Piper)

|  |  |
|---|---|
| (1) Chapter 11 Compensation | $_____17,627.15 |
| (2) Chapter 11 Expenses | $_____0.00 |
| TOTAL | $_____47,710.48 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated this _____ day of _____ , 200 __9__

ENTERED: _____
PAMELA S. HOLLIS
UNITED STATES BANKRUPTCY JUDGE