**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| PARAGON AQUATECH, LTD | ) | CASE NO. 05-21359 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

> At:     U.S. BANKRUPTCY COURT
>          219 S. Dearborn Street, Courtroom 644
>          Chicago, IL 60604
>
> on:    **March 12, 2009**
> at:     **10:30 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

|  |  |
|---|---|
| a. Receipts | $_____ 89,555.12 |
| b. Disbursements | $_____ 16,590.23 |
| c. Net Cash Available for Distribution | $_____ 72,964.89 |

4.      Applications for administration fees and expenses have been filed as follows:

| Applicant | | Compensation Previously Paid | | Fees Now Requested | | Expenses Now Requested |
|---|---|---|---|---|---|---|
| Trustee | $ | 0.00 | $ | 7,727.76 | $ | |
| Trustee's Firm Legal | $ | 0.00 | $ | 11,761.00 | $ | |
| Trustee's Firm Legal | $ | 0.00 | $ | | $ | 47.20 |
| Debtor's Attorney (Chp. 11) | $ | 0.00 | $ | 17,627.15 | $ | |
| Debtor's Special Counsel (Chp. 11) | $ | 0.00 | $ | 13,158.13 | $ | |
| Trustee's Accountant | $ | 0.00 | $ | 5,117.00 | $ | |
| US Trustee's Office | $ | 0.00 | $ | | $ | 2,000.00 |

5.    In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,465.00 must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 5 | Illinois Department of Revenue | $ | 7,200.00 | $ 7,200.00 |
| 12 | Illinois Department of Revenue | $ | 3,265.00 | $ 3,265.00 |

6.    Claims of general unsecured creditors totaling $913,906.34, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be $0.12%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | | Proposed Payment |
|---|---|---|---|---|
| 1 | McCann Industries Inc | $ | 3,456.71 | $ 4.09 |
| 2 | AGSCO | $ | 1,921.19 | $ 2.27 |
| 3 | Douglas A Lindsay/Lewis, | $ | 105,958.85 | $ 124.93 |
| 4 -2 | St. Paul Travelers (Invol) | $ | 11,047.00 | $ 13.03 |
| 7 | Zurich American Insurance Co | $ | 17,492.00 | $ 20.62 |
| 10 | Laborers' Pension and Welfare Funds | $ | 639,306.65 | $ 753.79 |
| 11 | Illinois Mining | $ | 81,888.85 | $ 96.55 |
| 13 | Fastenal Company | $ | 585.81 | $ 0.69 |
| 14 | Bushnell Inc | $ | 44,354.33 | $ 52.30 |
| 15 | Omya Canada Inc | $ | 1,615.95 | $ 1.91 |
| 16 | Okeh Electric Supply | $ | 6,279.00 | $ 7.40 |

7.    Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8.    The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9.    Debtor has not been discharged.

10.   The Trustee proposed to abandon the following property at the hearing:

Dated:    **February 12, 2009**          For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

## SERVICE/20 LARGEST/CREDITOR LIST

William T. Neary
Office of the U.S. Trustee
227 W. Monroe Street, Suite 3350
Chicago, IL 60606

Ronald J. Atlas
Paragon Aquatech, Ltd.
300 E. Industrial Lane
Wheeling, IL 60090

David N. Missner
Brian A. Audette
DLA Piper Rudnick Gary Cary, US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

Karen I. Engelhardt
c/o Laborers' Pension Fund and
Laborers' Welfare Fund
Allison Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

Mark E. Leipold
Gould and Ratner
222 N. LaSalle Street, 8th Floor
Chicago, IL 60601

Network Piping
25 Forest Avenue
Warwick, RI 02888

Illinois Mining
41 Water Court
Lake in the Hills, IL 60156

Gould & Ratner
222 N. LaSalle Street
8th Floor
Chicago, IL 60601

Bushnell, Inc.
2110 Oxford Road
Des Plaines, IL 60018

Burris Equipment Co.
2216 N. Greenbay Road
Waukegan, IL 60087

Maverick Pools
20370 N. Rand Road, Suite 208
Palatine, IL 60074

Palatine Oil Co., Inc.
P.O. Box 985
Palatine, IL 60078

Chicago Tank Lining
1811 W. South Blvd.
Evanston, IL 60202

Koala Play Group
7881 S. Wheeling Court
Englewood, CO 80112

Warady & Davis
180 Wilmot Road, Suite 500
Deerfield, IL 60015

Travelers Insurance
c/o McMahan & Sigunick, Ltd.
216 W. Jackson Blvd.
Chicago, IL 60606

Encotech Construction Service
1911 Pickwick Lane
Glenview, IL 60025

Unstrut Coropration
1140 W. Thorndale Avenue
Itasca, IL 60143

Terrace Supply Co., Inc.
69 Stevens Drive
Schaumburg, IL 60173

Richard Bergman
Mesirow Financial
350 N. Clark Street, 5th Floor
Chicago, IL 60610

Okeh Eletric Supply
825 University Drive
Arlington Heights, IL 60004

Tyco Valves
9700 W. Gulf Bank Road
Houston, TX 77040

Porter Pipe
303 S. Rohlwing Road
Addison, IL 60101

Aqua Pure Enterprises, Inc.
1404 Joliet Road, Suite 1-A
Romeoville, IL 60446

Thomas Pump Co., Inc.
2301 E. Liberty Street
Aurora, IL 60504

Charles Haling
300 E. Industrial Lane
Wheeling, IL 60090

Patricia Saulka
300 E. Industrial Lane
Wheeling, IL 60090

Ronald J. Atlas
300 E. Industrial Lane
Wheeling, IL 60090

Chicago Tank Lining
1811 W. South Blvd.
Evanston, IL 60202

FNBW Bank
1151 E. Butterfield Road
Wheaton, IL 60187

A&A Equipment & Supply Co.
196 W. Devon Avenue
Bensenville, IL 60106

AGSCO
c/o Richard Kessler
Harris, Kessler & Goldstein, LLC
640 N. LaSalle Street, Suite 950
Chicago, IL 60610

American First Aid Services, Inc.
2354 Hassell Road, Suite C
Hoffman Estates, IL 60195

Anco Steel Co. Inc.
P.O. Box 652
Plainfield, IL 60544

Aqua Gon, Inc.
1728 N. Aurora Road
Naperville, IL 60563

AT&T
c/o Fidelity National Credit
2421 N. Glassell Street
Orange, CA 92857

Barnes Distributions
c/o Levy Diamond Bello & Assoc.
P.O. Box 352
Milford, CT 06460

Basic Chemical Solutions
c/o Newton & Associates
P.O. Box 8510
Metairie, LA 70011

Bushnell, Inc.
2110 Oxford Road
Des Plaines, IL 60018

Cobra Concrete Cutting
1900 N. Austin
Chicago, IL 60639

Consolidated Plastics Co., Inc.
8181 Darrow Road
Twinsburg, OH 44087

Country Gas Co.
4010 US Highway 14
Crystal Lake, IL 50014

Encotech Construction Service
1911 Pickwick Lane
Glenview, IL 60025

Fastenal Co.
P.O. Box 978
Winona, MN 55987

Howard L. White & Associates
P.O. Box 5197
Buffalo Grove, IL 60089

I.M. of Barrington
41 Walter Court
Lake in the Hills, IL 60156

Illinois Mining
41 Walter Court
Lake in the Hills, IL 60156

Laidlaw Carriers Flatbed, L.P.
P.O. Box 430 Highway #6
Hagersville, ON N0A1H0

Luczak Sales
1128 Tower Road
Schaumburg, IL 60173

McCann
543 S. Rohlwing Road
Addison, IL 60101

Metaltek
2595 Bond Street
University Park, IL 60466

Network Piping
25 Frost Avenue
Warwick, RI 02888

Nextel Communications
c/o First Revenue Assurance
P.O. Box 5818
Denver, CO 80217

Northern Supply Co., Inc.
232 Industrial Park Drive
Frankfort, NY 13340

Omya Canada, Inc.
P.O. Box 25042
Postal Station A
Toronto, Ontario Canada M5W2X8

Pac-Van
P.O. Box 6069
Indianapolis, IN 46206

Palatine Oil Co, Inc.
P.O. Box 985
Palatine, IL 60078

Peoria Pump, Inc.
P.O. Box 1487
1308 NE Adams Street
Peoria, IL 61655

Perma-Cast
1871 Aspen Circle
Pueblo, CO 81002

Porter Pipe
303 S. Rohlwing Road
Addison, IL 60101

Pro-Safety, Inc.
2220 Landmeier
Elk Grove Village, IL 60067

Robert James Sales, Inc.
P.O. Box 7999
2585 Walden Avenue
Buffalo, NY 14225

Rose Supply Co., Inc.
69 Stevens Drive
Schaumburg, IL 60173

Roy Zenere Trucking & Excavating
317 E. Margaret Street
Thornton, IL 60476

Santa Barbara Control Systems
5375 Overpass Road
Santa Barbara, CA 93111

Specialty Plumbing, Ltd.
300 E. Industrial Lane
Wheeling, IL 60090

Terrace Supply Co.
710 N. Addison Road
Villa Park, IL 60181

Tropical Tiles
P.O. Box 475
Bridgeton, NJ 08302

Vulcan Construction & Materials
747 E. 22nd Street
Suite 200
Lombard, IL 60148

Warady & Davis
180 Wilmot Road
Suite 500
Deerfield, IL 60015

Whitehead Electric Co., Inc.
11404 US Highway 60 W
Sturgis, KY 42459