**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| PARAGON AQUATECH, LTD | ) | CASE NO. 05-21359 |
| | ) | |
| | ) | JUDGE PAMELA S. HOLLIS |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

      At:    U.S. BANKRUPTCY COURT
             219 S. Dearborn Street, Courtroom 644
             Chicago, IL 60604

      on:   **March 12, 2009**
      at:    **10:30 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

    a. Receipts                                        $      89,555.12

    b. Disbursements                              $      16,590.23

    c. Net Cash Available for Distribution      $      72,964.89

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee | $ 0.00 | $ 7,727.76 | $ |
| Trustee's Firm Legal | $ 0.00 | $ 11,761.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 47.20 |
| Debtor's Attorney (Chp. 11) | $ 0.00 | $ 17,627.15 | $ |
| Debtor's Special Counsel (Chp. 11) | $ 0.00 | $ 13,158.13 | $ |
| Trustee's Accountant | $ 0.00 | $ 5,117.00 | $ |
| US Trustee's Office | $ 0.00 | $ | $ 2,000.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $10,465.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 5 | Illinois Department of Revenue | $ 7,200.00 | $ 7,200.00 |
| 12 | Illinois Department of Revenue | $ 3,265.00 | $ 3,265.00 |

6. Claims of general unsecured creditors totaling $913,906.34, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $0.12%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | McCann Industries Inc | $ 3,456.71 | $ 4.09 |
| 2 | AGSCO | $ 1,921.19 | $ 2.27 |
| 3 | Douglas A Lindsay/Lewis, | $ 105,958.85 | $ 124.93 |
| 4 -2 | St. Paul Travelers (Invol) | $ 11,047.00 | $ 13.03 |
| 7 | Zurich American Insurance Co | $ 17,492.00 | $ 20.62 |
| 10 | Laborers' Pension and Welfare Funds | $ 639,306.65 | $ 753.79 |
| 11 | Illinois Mining | $ 81,888.85 | $ 96.55 |
| 13 | Fastenal Company | $ 585.81 | $ 0.69 |
| 14 | Bushnell Inc | $ 44,354.33 | $ 52.30 |
| 15 | Omya Canada Inc | $ 1,615.95 | $ 1.91 |
| 16 | Okeh Electric Supply | $ 6,279.00 | $ 7.40 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated:    **February 12, 2009**              For the Court,

By:    **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604

**SERVICE/20 LARGEST/CREDITOR LIST**

William T. Neary
Office of the U.S. Trustee
227 W. Monroe Street, Suite 3350
Chicago, IL 60606

Ronald J. Atlas
Paragon Aquatech, Ltd.
300 E. Industrial Lane
Wheeling, IL 60090

David N. Missner
Brian A. Audette
DLA Piper Rudnick Gary Cary, US LLP
203 N. LaSalle Street, Suite 1900
Chicago, IL 60601

Karen I. Engelhardt
c/o Laborers' Pension Fund and
Laborers' Welfare Fund
Allison Slutsky & Kennedy, P.C.
230 W. Monroe Street, Suite 2600
Chicago, IL 60606

Mark E. Leipold
Gould and Ratner
222 N. LaSalle Street, 8th Floor
Chicago, IL 60601

Network Piping
25 Forest Avenue
Warwick, RI 02888

Illinois Mining
41 Water Court
Lake in the Hills, IL 60156

Gould & Ratner
222 N. LaSalle Street
8th Floor
Chicago, IL 60601

Bushnell, Inc.
2110 Oxford Road
Des Plaines, IL 60018

Burris Equipment Co.
2216 N. Greenbay Road
Waukegan, IL 60087

Maverick Pools
20370 N. Rand Road, Suite 208
Palatine, IL 60074

Palatine Oil Co., Inc.
P.O. Box 985
Palatine, IL 60078

Chicago Tank Lining
1811 W. South Blvd.
Evanston, IL 60202

Koala Play Group
7881 S. Wheeling Court
Englewood, CO 80112

Warady & Davis
180 Wilmot Road, Suite 500
Deerfield, IL 60015

Travelers Insurance
c/o McMahan & Sigunick, Ltd.
216 W. Jackson Blvd.
Chicago, IL 60606

Encotech Construction Service
1911 Pickwick Lane
Glenview, IL 60025

Unstrut Coropration
1140 W. Thorndale Avenue
Itasca, IL 60143

Terrace Supply Co., Inc.
69 Stevens Drive
Schaumburg, IL 60173

Richard Bergman
Mesirow Financial
350 N. Clark Street, 5th Floor
Chicago, IL 60610

Okeh Eletric Supply
825 University Drive
Arlington Heights, IL 60004

Tyco Valves
9700 W. Gulf Bank Road
Houston, TX 77040

Porter Pipe
303 S. Rohlwing Road
Addison, IL 60101

Aqua Pure Enterprises, Inc.
1404 Joliet Road, Suite 1-A
Romeoville, IL 60446

Thomas Pump Co., Inc.
2301 E. Liberty Street
Aurora, IL 60504

Charles Haling
300 E. Industrial Lane
Wheeling, IL 60090

Patricia Saulka
300 E. Industrial Lane
Wheeling, IL 60090

Ronald J. Atlas
300 E. Industrial Lane
Wheeling, IL 60090

Chicago Tank Lining
1811 W. South Blvd.
Evanston, IL 60202

FNBW Bank
1151 E. Butterfield Road
Wheaton, IL 60187

A&A Equipment & Supply Co.
196 W. Devon Avenue
Bensenville, IL 60106

AGSCO
c/o Richard Kessler
Harris, Kessler & Goldstein, LLC
640 N. LaSalle Street, Suite 950
Chicago, IL 60610

American First Aid Services, Inc.
2354 Hassell Road, Suite C
Hoffman Estates, IL 60195

Anco Steel Co. Inc.
P.O. Box 652
Plainfield, IL 60544

Aqua Gon, Inc.
1728 N. Aurora Road
Naperville, IL 60563

AT&T
c/o Fidelity National Credit
2421 N. Glassell Street
Orange, CA 92857

Barnes Distributions
c/o Levy Diamond Bello & Assoc.
P.O. Box 352
Milford, CT 06460

Basic Chemical Solutions
c/o Newton & Associates
P.O. Box 8510
Metairie, LA 70011

Bushnell, Inc.
2110 Oxford Road
Des Plaines, IL 60018

Cobra Concrete Cutting
1900 N. Austin
Chicago, IL 60639

Consolidated Plastics Co., Inc.
8181 Darrow Road
Twinsburg, OH 44087

Country Gas Co.
4010 US Highway 14
Crystal Lake, IL 50014

Encotech Construction Service
1911 Pickwick Lane
Glenview, IL 60025

Fastenal Co.
P.O. Box 978
Winona, MN 55987

Howard L. White & Associates
P.O. Box 5197
Buffalo Grove, IL 60089

I.M. of Barrington
41 Walter Court
Lake in the Hills, IL 60156

Illinois Mining
41 Walter Court
Lake in the Hills, IL 60156

Laidlaw Carriers Flatbed, L.P.
P.O. Box 430 Highway #6
Hagersville, ON N0A1H0

Luczak Sales
1128 Tower Road
Schaumburg, IL 60173

McCann
543 S. Rohlwing Road
Addison, IL 60101

Metaltek
2595 Bond Street
University Park, IL 60466

Network Piping
25 Frost Avenue
Warwick, RI 02888

Nextel Communications
c/o First Revenue Assurance
P.O. Box 5818
Denver, CO 80217

Northern Supply Co., Inc.
232 Industrial Park Drive
Frankfort, NY 13340

Omya Canada, Inc.
P.O. Box 25042
Postal Station A
Toronto, Ontario Canada M5W2X8

Pac-Van
P.O. Box 6069
Indianapolis, IN 46206

Palatine Oil Co, Inc.
P.O. Box 985
Palatine, IL 60078

Peoria Pump, Inc.
P.O. Box 1487
1308 NE Adams Street
Peoria, IL 61655

Perma-Cast
1871 Aspen Circle
Pueblo, CO 81002

Porter Pipe
303 S. Rohlwing Road
Addison, IL 60101

Pro-Safety, Inc.
2220 Landmeier
Elk Grove Village, IL 60067

Robert James Sales, Inc.
P.O. Box 7999
2585 Walden Avenue
Buffalo, NY 14225

Rose Supply Co., Inc.
69 Stevens Drive
Schaumburg, IL 60173

Roy Zenere Trucking & Excavating
317 E. Margaret Street
Thornton, IL 60476

Santa Barbara Control Systems
5375 Overpass Road
Santa Barbara, CA 93111

Specialty Plumbing, Ltd.
300 E. Industrial Lane
Wheeling, IL 60090

Terrace Supply Co.
710 N. Addison Road
Villa Park, IL 60181

Tropical Tiles
P.O. Box 475
Bridgeton, NJ 08302

Vulcan Construction & Materials
747 E. 22nd Street
Suite 200
Lombard, IL 60148

Warady & Davis
180 Wilmot Road
Suite 500
Deerfield, IL 60015

Whitehead Electric Co., Inc.
11404 US Highway 60 W
Sturgis, KY 42459

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Feb 12, 2009
Case: 05-21359                Form ID: pdf002              Total Served: 77


The following entities were served by first class mail on Feb 14, 2009.
db           +Paragon Aquatech, Ltd,    300 East Industrial Lane,    Wheeling, IL 60090-6340
aty          +Brian A. Audette,    DLA Piper Rudnick Gray Cary US LLP,     203 N LaSalle Street,    Suite 1900,
               Chicago, IL 60601-1263
aty          +Colleen E McManus,    Much Shelist,    191 N. Wacker Drive,    Suite 1800,    Chicago, IL 60606-1631
aty          +DLA Piper US LLP,    203 N LaSalle Street,    Ste 1900,    Chicago, IL 60601-1263
aty          +David N Missner,    DLA Piper US LLP,    203 N  LaSalle Street,    Suite 1900,
               Chicago, IL 60601-1263
aty          +William S Hackney, III,     SmithAmundsen, LLC,    150 North Michigan Avenue,    Suite 3300,
               Chicago, IL 60601-6004
tr           +Norman B Newman,    Much Shelist Freed Denenberg,    191 North Wacker Drive Ste 1800,
               Chicago, IL 60606-1631
9493758      +A&A Equipment & Supply Company,    196 W Devon Ave,    Bensenville, IL 60106-1148
9493759      +AGSCO,    c/o Richard Kessler Harris,    Kessler & Goldstein LLC,    640 N LaSalle St Ste 590,
               Chicago, IL 60654-3731
9493764      +AT&T,   c/o Fidelity National Credit,    2421 N Glassell St,    Orange, CA 92865-2705
9396991       AT&T Universal,    PO Box 688911,    Des Moines, IA 50368-8911
9396989       Alliance One Receivable Management,    Po Box 1961,    Southgate, MI 48195-0961
9396990       American Express,    PO Box 360002,    Fort Lauderdale, FL 33336-0002
9493760      +American First Aid Services Inc,    2354 Hassell Road Suite C,    Hoffman Estates, IL 60169-2100
9493761      +Anco Steel Company Inc,    PO Box 652,    Plainfield, IL 60544-0652
9493762      +Aqua Gon Inc,    1728 North Aurora Road,    Naperville, IL 60563-4123
9493763      +Aqua Pure Enterprises Inc,    Suite A,    1312 Marquette Drive,    Romeoville, CO 60446-1180
9493765      +Barnes Distributions,    c/o Levy Diamond Bello & Assoc,    PO Box 352,    Milford, CT 06460-0352
9493766       Basic Chemical Solutions,    c/o Newton & Associates,    PO Box 8510,    Metairie, LA 70011-8510
9493767      +Burris Equipment Co,    2216 N Greenbay Road,    Waukegan, IL 60087-4275
9493768      +Bushnell Inc,    c/o Schwartz Cooper Chartered,    Seth Mann Rosenberg,    180 N Lasalle Ste 2700,
               Chicago, Il 60601-2709
9492819       Chicago Tank Lining,    1811 W South Blvd,    Evanston, IL 60202-2749
9493769      +Cobra Concrete Cutting,    1900 N Austin,    Chicago, IL 60639-5010
9501179       Consolidated Plastics Company Inc,    8181 Darrow Road,    Twinsburg, OH 44087-2375
9501180      +Country Gas Co,    4010 US Highway 14,    Crystal Lake, IL 60014-8299
9547361      +Douglas A Lindsay/Lewis,,    Overbeck & Furman, LLP,    135 S LaSalle St #2300,
               Chicago, IL 60603-4152
9501181      +Encotech Construction Service,    1911 Pickwick Lane,    Glenview, IL 60026-1308
9501182       Fastenal Company,    Attn: Legal,    PO Box 978,    Winona, MN 55987-0978
9501183      +Gould And Ratner,    Eighth Floor,    222 North LaSalle Street,    Chicago, IL 60601-1003
9501184       Howard L White & Associates,    PO Box 5197,    Buffalo Grove, IL 60089-5197
9752709      ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Unit,
               100 W. Randolph St., #7-400,    Chicago, IL 60601)
9501185      +IM of Barrington,    41 Walter Court,    Lake In The Hills, IL 60156-1586
10706986     +Illinois Dept of Employment Security,    Bankruptcy Unit 10th Floor,    33 S State St,
               Chicago, IL 60603-2804
9501186      +Illinois Mining,    41 Walter Court,    Lake In The Hills, IL 60156-1586
9501187       Kar Products,    Des Plaines, IL
9501188      +Laborers’ Pension Fund,    c/o K Engelhardt Allison,    Slutsky & Kennedy PC,
               230 W Monroe St Ste. 2600,    Chicago, IL 60606-4969
10089468     +Laborers’ Pension and Welfare Funds,    Allison Slutsky & Kennedy PC,    230 W. Monroe Street,
               Chicago, IL 60606-4703
10029696     +Laborers’ Pension and Welfare Funds,    c/o Allison Slutsky & Kennedy P.C.,
               230 W. Monroe Street Suite 2600,    Chicago, Illinois 60606-4969
11005077     +Laborers’ Pension and Welfare Funds,    c/o Karen I. Engelhardt,    230 W. Monroe Street Suite 2600,
               Chicago, IL 60606-4969
9501295       Laidlaw Carriers Flatbed LP,    PO Box 430 Highway #6,    Hagersville, ON N0A1H0
9493756      +Lisle Sea Lion Pool,    Koala Play Group,    7881 S Wheeling Court,    Englewood, CO 80112-4554
9501296      +Luczak Sales,    1128 Tower Road,    Schaumburg, IL 60173-4306
9493757      +Maverick Pools,    20370 N Rand Road #208,    Palatine, IL 60074-2049
9501297      +McCann,    543 South Rohlwing Road,    Addison, IL 60101-4284
9417312      +McCann Industries Inc,    Nigro & Westfall PC,    1793 Bloomingdale Road,
               Glendale Heights IL 60139-2187
9501774      +Metaltek,    2595 Bond St,    University Park, IL 60466-3103
9501775      +Network Piping,    25 Frost Avenue,    Warwick, RI 02888-1413
9501776      +Nextel Communications,    c/o First Revenue Assurance,    PO Box 5818,    Denver, CO 80217-5818
9501777      +Northern Safety Co Inc,    232 Industrial Park Drive,    Frankfort, NY 13340-4748
9501778      +Okeh Electric Supply,    825 University Drive,    Arlington Heights, IL 60004-1821
9501779      +Omya Canada Inc,    Barbara A Cosgrove,    61 Main Street,    Proctor, VT 05765-1178
9501780       Pac-Van Inc,    PO Box 6069,    Indianapolis, IN 46206-6069
9501781      +Palatine Oil Co Inc,    PO Box 985,    Palatine, IL 60078-0985
9501782      +Peoria Pump Inc,    PO Box 1487,    1308 NE Adams Street,    Peoria, IL 61603-4102
9501783      +Perma-Cast,    1871 Aspen Circle,    Pueblo, CO 81006-1407
9501784      +Porter Pipe,    303 S Rohlwing Road,    Addison, IL 60101-3025
9501785      +Pro-Safety Inc,    2220 Landmeier,    Elk Grove Village, IL 60007-2617
9501786      +Robert James Sales Inc,    PO Box 7999,    2585 Walden Ave,    Buffalo, NY 14225-4737
9501787      +Rose Supply Company Inc,    69 Stevens Drive,    Schaumburg, IL 60173-2176
9501788      +Roy Zenere Trucking & Excavating,    317 East Margaret Street,    Thornton, IL 60476-1353
9501789      +Santa Barbara Control Systems,    5375 Overpass Road,    Santa Barbara, CA 93111-3015
9396994       Sears,    PO Box 182156,    Columbus, OH 43218-2156
9501790      +Specialty Plumbing Ltd,    300 East Industrial Lane,    Wheeling, IL 60090-6340
9683421       St. Paul Travelers (Invol),    c/o Receivable Management Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
9501791      +Terrace Supply Company,    710 N Addison Road,    Villa Park, IL 60181-1494
9501792      +Thomas Pump Co Inc,    2301 E Liberty Street,    Aurora, IL 60502-9520
```

```
District/off: 0752-1          User: amcc7              Page 2 of 2                Date Rcvd: Feb 12, 2009
Case: 05-21359                Form ID: pdf002          Total Served: 77

9501793     +Travelers Insurance,   c/o McMahan & Sigunick Ltd,   216 West Jackson Blvd,
              Chicago, IL 60606-6909
9501794     +Tropical Tiles,   PO Box 475,   Bridgeton, NJ 08302-0369
9501795     +Tyco Valves,   9700 West Gulf Bank Road,   Houston, TX 77040-3114
9501796     +Unistrut Corporation,   1140 West Thorndale Ave,   Itasca, IL 60143-1335
9501797     +Vulcan Construction and Materials,   Suite 200,   747 E 22nd Street,   Lombard, IL 60148-5093
9501798     +Warady & Davis,   Suite 500,   180 Wilmot Road,   Deerfield, IL 60015
9501799     +Whitehead Electric Co Inc,   11404 US Highway 60 W,   Sturgis, KY 42459
9493755     +Wilmette Park District,   FNBW Bank,   1151 E Butterfield Rd,   Wheaton, IL 60189-8807
10689876    +Zurich American Insurance Company,   Attention Mary Perlick 9th floor,
              1400 American Lane Tower 2,   Schaumburg, IL 60196-5452

The following entities were served by electronic transmission on Feb 13, 2009.
9396992      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 13 2009 07:58:59     Discover,   PO Box 30395,
              Salt Lake City, UT 84130-0395
9396993     +Fax: 866-543-0087 Feb 13 2009 03:50:52      Hinsdale Bank & Trust Company,   25 E. First St.,
              Hinsdale, IL 60521-4119
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Much Shelist Freed Denenberg Ament & Rubenstein PC
10089696     Laborers' Pension and Welfare Funds
10924597     Office of the U.S. Trustee
10924598     Office of the U.S. Trustee
                                                                                              TOTALS: 4, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 14, 2009**        **Signature:**    *Joseph Speetjens*