## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: PARAGON AQUATECH, LTD           § Case No. 05-21359
                                       §
                                       §
                                       §
Debtor(s)                              §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $15,472.50 | Claims Discharged Without Payment: $912,882.91 |
| Total Expenses of Administration: $62,281.34 | |

3) Total gross receipts of $ 89,562.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $89,562.04 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $3,984.07 | $3,984.07 | $3,984.07 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 26,822.03 | 43,304.26 | 31,496.06 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 103,124.28 | 112,677.43 | 30,785.28 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 10,465.00 | 10,465.00 | 10,465.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 913,906.34 | 913,906.34 | 1,023.43 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,058,301.72 | $1,084,337.10 | $77,753.84 |

  4) This case was originally filed under Chapter 7 on May 27, 2005. The case was pending for 70 months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/06/2011  By: /s/NORMAN NEWMAN
          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | 11,316.00 |
| BANK ACCOUNTS | 1129-000 | 23,458.54 |
| ACCOUNTS RECEIVABLE | 1121-000 | 7,195.66 |
| OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 1129-000 | 3,000.00 |
| INVENTORY | 1129-000 | 28,000.00 |
| SALE OF STOCK - INCA PACIFIC RESOURCES | 1229-000 | 7,111.08 |
| STOCK DIVIDEND | 1223-000 | 338.40 |
| SALE OF STOCK - PRINCIPAL FINANCIAL | 1229-000 | 8,548.26 |
| Interest Income | 1270-000 | 594.10 |
| **TOTAL GROSS RECEIPTS** | | **$89,562.04** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Illinois Dept of Employment Security | 4800-070 | N/A | 3,984.07 | 3,984.07 | 3,984.07 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$3,984.07** | **$3,984.07** | **$3,984.07** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 7,727.76 | 7,727.76 | 7,727.76 |
| Much Shelist, et.al. | 3110-000 | N/A | 11,761.00 | 27,571.00 | 15,810.00 |
| Much Shelist, et.al. | 3120-000 | N/A | 47.20 | 719.43 | 672.23 |
| FGMK, LLC | 3410-000 | N/A | 5,117.00 | 5,117.00 | 5,117.00 |
| Office of the U.S. Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 42.93 | 42.93 | 42.93 |
| International Sureties, Ltd. | 2300-000 | N/A | 65.07 | 65.07 | 65.07 |
| International Sureties, Ltd. | 2300-000 | N/A | 61.07 | 61.07 | 61.07 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 26,822.03 | 43,304.26 | 31,496.06 |

**EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DLA Piper US LLP | 6210-160 | N/A | 66,786.99 | 76,340.14 | 17,627.15 |
| Gould & Ratner | 6210-600 | N/A | 36,337.29 | 36,337.29 | 13,158.13 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 103,124.28 | 112,677.43 | 30,785.28 |

**EXHIBIT 6 —PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Illinois Department of Revenue | 5800-000 | N/A | 7,200.00 | 7,200.00 | 7,200.00 |
| 6 | Laborers' Pension and Welfare Funds | 5800-000 | N/A | N/A | 0.00 | 0.00 |
| 12 | Illinois Department of Revenue | 5800-000 | N/A | 3,265.00 | 3,265.00 | 3,265.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 10,465.00 | 10,465.00 | 10,465.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | McCann Industries Inc | 7100-000 | N/A | 3,456.71 | 3,456.71 | 3.87 |
| 2 | AGSCO | 7100-000 | N/A | 1,921.19 | 1,921.19 | 2.15 |
| 3 | Chicago Journeymen Plumbers | 7100-000 | N/A | 105,958.85 | 105,958.85 | 118.66 |
| 4 -2 | St. Paul Travelers (Invol) | 7100-000 | N/A | 11,047.00 | 11,047.00 | 12.37 |
| 7 | Zurich American Insurance Co | 7100-000 | N/A | 17,492.00 | 17,492.00 | 19.59 |
| 10 | Laborers' Pension and Welfare Funds | 7100-000 | N/A | 639,306.65 | 639,306.65 | 715.92 |
| 11 | Illinois Mining | 7100-000 | N/A | 81,888.85 | 81,888.85 | 91.70 |
| 13 | Fastenal Company | 7100-000 | N/A | 585.81 | 585.81 | 0.66 |
| 14 | Bushnell Inc | 7100-000 | N/A | 44,354.33 | 44,354.33 | 49.67 |
| 15 | Omya Canada Inc | 7100-000 | N/A | 1,615.95 | 1,615.95 | 1.81 |
| 16 | Okeh Electric Supply | 7100-000 | N/A | 6,279.00 | 6,279.00 | 7.03 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 913,906.34 | 913,906.34 | 1,023.43 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-21359     **Trustee:** (330560) NORMAN NEWMAN
**Case Name:** PARAGON AQUATECH, LTD     **Filed (f) or Converted (c):** 08/10/06 (c)
    **§341(a) Meeting Date:** 09/14/06
**Period Ending:** 04/06/11     **Claims Bar Date:** 02/13/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNTS | 44,932.34 | 44,932.34 | | 0.00 | FA |
| 2 | BANK ACCOUNTS<br>   payroll account | 1,718.41 | 1,718.41 | | 0.00 | FA |
| 3 | BANK ACCOUNTS<br>   CD | 10,500.00 | 10,500.00 | | 11,316.00 | FA |
| 4 | BANK ACCOUNTS<br>   insurance escrow account | 35,341.18 | 35,341.18 | | 23,458.54 | FA |
| 5 | ACCOUNTS RECEIVABLE | 287,672.60 | 287,672.60 | | 7,195.66 | FA |
| 6 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 15,000.00 | 15,000.00 | | 3,000.00 | FA |
| 7 | INVENTORY | 40,000.00 | 40,000.00 | | 28,000.00 | FA |
| 8 | SALE OF STOCK - INCA PACIFIC RESOURCES (u) | 7,111.08 | 7,111.08 | | 7,111.08 | FA |
| 9 | STOCK DIVIDEND (u) | 129.60 | 129.60 | | 338.40 | FA |
| 10 | SALE OF STOCK - PRINCIPAL FINANCIAL (u) | 8,548.26 | 8,548.26 | | 8,548.26 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 594.10 | FA |
| 11 | Assets Totals (Excluding unknown values) | **$450,953.47** | **$450,953.47** | | **$89,562.04** | **$0.00** |

**Major Activities Affecting Case Closing:**

   TDR was sent back for corrections. Will be filing shortly.

**Initial Projected Date Of Final Report (TFR):**    March 31, 2008     **Current Projected Date Of Final Report (TFR):**    February 6, 2009 (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-21359 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | PARAGON AQUATECH, LTD | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****44-65 - Money Market Account |
| Taxpayer ID #: | **-***2712 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 04/06/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/30/06 | {4} | Insurance Services Group, LLC | Close Escrow | 1129-000 | 23,458.54 | | 23,458.54 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 15.41 | | 23,473.95 |
| 12/06/06 | {7} | Poolcare Aquatech, Ltd. | Purchase of Inventory | 1129-000 | 28,000.00 | | 51,473.95 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 28.41 | | 51,502.36 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 34.34 | | 51,536.70 |
| 02/06/07 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #05-21359, Bond #016026455 | 2300-000 | | 42.93 | 51,493.77 |
| 02/09/07 | {6} | Poolcare Aquatech, Ltd. | Sale of Excess Inventory | 1129-000 | 3,000.00 | | 54,493.77 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 26.52 | | 54,520.29 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 29.11 | | 54,549.40 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 30.10 | | 54,579.50 |
| 05/21/07 | {5} | Walsh Construction | Account Receivable | 1121-000 | 6,577.09 | | 61,156.59 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 31.17 | | 61,187.76 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 31.58 | | 61,219.34 |
| 07/10/07 | {3} | First Nations Bank | Certificate of Deposit #9304377 | 1129-000 | 11,316.00 | | 72,535.34 |
| 07/23/07 | {5} | Archstone Smith Operating Trust | Account Receivable | 1121-000 | 618.57 | | 73,153.91 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 38.97 | | 73,192.88 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 40.38 | | 73,233.26 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 36.49 | | 73,269.75 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 43.03 | | 73,312.78 |
| 11/02/07 | {8} | Mesirow Financial | Sell of Stock | 1229-000 | 7,111.08 | | 80,423.86 |
| 11/08/07 | 1002 | Much Shelist, et.al. | Interim fees for 8/14/06 through 8/24/07 | 3110-000 | | 15,810.00 | 64,613.86 |
| 11/08/07 | 1003 | Much Shelist, et.al. | Interim Expense for 8/14/06 through 8/24/07 | 3120-000 | | 672.23 | 63,941.63 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 36.15 | | 63,977.78 |
| 12/14/07 | {9} | PARAGON AQUATECH | Stock Dividend | 1223-000 | 129.60 | | 64,107.38 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6000% | 1270-000 | 32.61 | | 64,139.99 |
| 01/02/08 | {9} | Computershare | Dividend | 1223-000 | 93.60 | | 64,233.59 |
| 01/02/08 | {9} | Computershare | Stock Dividend | 1223-000 | 115.20 | | 64,348.79 |
| 01/28/08 | {10} | Computershare | Sale of Principal Financial Group Stock | 1229-000 | 8,548.26 | | 72,897.05 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.3000% | 1270-000 | 29.54 | | 72,926.59 |
| 02/14/08 | 1004 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-21359 Voided on 02/14/08 | 2300-000 | | 64.96 | 72,861.63 |
| 02/14/08 | 1004 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-21359 | 2300-000 | | -64.96 | 72,926.59 |
| | | | | Subtotals : | $89,451.75 | $16,525.16 | |

{} Asset reference(s)

Printed: 04/06/2011 03:12 PM     V.12.56

Exhibit 9

# FORM 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-21359  
**Case Name:** PARAGON AQUATECH, LTD  
**Taxpayer ID #:** **-***2712  
**Period Ending:** 04/06/11  

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****44-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided: check issued on 02/14/08 | | | | |
| 02/14/08 | 1005 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-21359 | 2300-000 | | 65.07 | 72,861.52 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 14.96 | | 72,876.48 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 13.53 | | 72,890.01 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 10.16 | | 72,900.17 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.12 | | 72,909.29 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.26 | | 72,918.55 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.26 | | 72,927.81 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 8.67 | | 72,936.48 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.56 | | 72,946.04 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 7.95 | | 72,953.99 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 5.73 | | 72,959.72 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.17 | | 72,964.89 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.97 | | 72,967.86 |
| 02/10/09 | 1006 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2009 FOR CASE #05-21359, Bond #016026455 | 2300-000 | | 61.07 | 72,906.79 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.77 | | 72,909.56 |
| 03/12/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.18 | | 72,910.74 |
| 03/12/09 | | To Account #********4466 | Account Transfer | 9999-000 | | 72,910.74 | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 89,562.04 | 89,562.04 | $0.00 |
| Less: Bank Transfers | 0.00 | 72,910.74 | |
| **Subtotal** | 89,562.04 | 16,651.30 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$89,562.04** | **$16,651.30** | |

{} Asset reference(s)                                                                                                        Printed: 04/06/2011 03:12 PM    V.12.56

Case 05-21359    Doc 125    Filed 04/07/11    Entered 04/07/11 16:19:28    Desc Main
           Document      Page 9 of 11

Exhibit 9

## Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-21359 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | PARAGON AQUATECH, LTD | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****44-66 - Checking Account |
| Taxpayer ID #: | **-***2712 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/06/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/12/09 | | From Account #********4465 | Account Transfer | 9999-000 | 72,910.74 | | 72,910.74 |
| 03/12/09 | 101 | Illinois Dept of Employment Security | Dividend paid on Claim Amount Allowed/Filed. | 4800-070 | | 3,984.07 | 68,926.67 |
| 03/12/09 | 102 | Norman B. Newman, Trustee | Dividend paid 100.00% on $7,727.76, Trustee Compensation;  Reference: | 2100-000 | | 7,727.76 | 61,198.91 |
| 03/12/09 | 103 | Much Shelist, et.al. | Dividend paid 100.00% on $11,761.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 11,761.00 | 49,437.91 |
| 03/12/09 | 104 | Much Shelist, et.al. | Dividend paid 100.00% on $47.20, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 47.20 | 49,390.71 |
| 03/12/09 | 105 | FGMK, LLC | Dividend paid 100.00% on $5,117.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 5,117.00 | 44,273.71 |
| 03/12/09 | 106 | Office of the U.S. Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $2,000.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 2,000.00 | 42,273.71 |
| 03/12/09 | 107 | DLA Piper US LLP | Dividend paid 100.00% on $17,627.15, Attorney for D-I-P Fees (Chapter 11); Reference: | 6210-160 | | 17,627.15 | 24,646.56 |
| 03/12/09 | 108 | Gould & Ratner | Dividend paid 100.00% on $13,158.13, Special Counsel Fees (Chapter 11);  Reference: | 6210-600 | | 13,158.13 | 11,488.43 |
| 03/12/09 | 109 | Illinois Department of Revenue | Dividend paid on Claim Amount Allowed/Filed. | 5800-000 | | 7,200.00 | 4,288.43 |
| 03/12/09 | 110 | Illinois Department of Revenue | Dividend paid on Claim Amount Allowed/Filed. | 5800-000 | | 3,265.00 | 1,023.43 |
| 03/12/09 | 111 | McCann Industries Inc | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 3.87 | 1,019.56 |
| 03/12/09 | 112 | AGSCO | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 2.15 | 1,017.41 |
| 03/12/09 | 113 | Douglas A Lindsay/Lewis, | Dividend paid on Claim Amount Allowed/Filed. Stopped on 06/11/09 | 7100-000 | | 118.66 | 898.75 |
| 03/12/09 | 114 | St. Paul Travelers (Invol) | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 12.37 | 886.38 |
| 03/12/09 | 115 | Zurich American Insurance Co | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 19.59 | 866.79 |
| 03/12/09 | 116 | Laborers' Pension and Welfare Funds | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 715.92 | 150.87 |
| 03/12/09 | 117 | Illinois Mining | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 91.70 | 59.17 |
| 03/12/09 | 118 | Fastenal Company | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 0.66 | 58.51 |
| 03/12/09 | 119 | Bushnell Inc | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 49.67 | 8.84 |
| 03/12/09 | 120 | Omya Canada Inc | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 1.81 | 7.03 |
| 03/12/09 | 121 | Okeh Electric Supply | Dividend paid on Claim Amount Allowed/Filed. | 7100-000 | | 7.03 | 0.00 |
| 06/11/09 | 113 | Douglas A Lindsay/Lewis, | Dividend paid on Claim Amount Allowed/Filed. Stopped: check issued on 03/12/09 | 7100-000 | | -118.66 | 118.66 |
| 07/15/09 | 122 | Chicago Journeymen Plumbers | Dividend Paid on Claim Amount Allowed. | 7100-000 | | 118.66 | 0.00 |

Subtotals :     $72,910.74     $72,910.74

{} Asset reference(s)                                                                                           Printed: 04/06/2011 03:12 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| **Case Number:** | 05-21359 | | **Trustee:** | NORMAN NEWMAN (330560) |
| **Case Name:** | PARAGON AQUATECH, LTD | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****44-66 - Checking Account |
| **Taxpayer ID #:** | **-***2712 | | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 04/06/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ACCOUNT TOTALS | | 72,910.74 | 72,910.74 | $0.00 |
| | | | Less: Bank Transfers | | 72,910.74 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **72,910.74** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$72,910.74** | |

{} Asset reference(s)

Printed: 04/06/2011 03:12 PM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 05-21359  
**Case Name:** PARAGON AQUATECH, LTD

**Taxpayer ID #:** **-***2712  
**Period Ending:** 04/06/11

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******44-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

Net Receipts : 89,562.04  
Net Estate : $89,562.04

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****44-65** | 89,562.04 | 16,651.30 | 0.00 |
| **Checking # ***-*****44-66** | 0.00 | 72,910.74 | 0.00 |
| **Checking # 9200-******44-66** | 0.00 | 0.00 | 0.00 |
| | **$89,562.04** | **$89,562.04** | **$0.00** |